JONATHAN SHUB (SBN 237708)
SEEGER WEISS LLP
1515 Market Street, Suite 1380
Philadelphia, Pennsylvania 19102
(215) 564-2300 tel; (215) 851-8029 fax
jshub@seegerweiss.com

[Additional counsel on signature page]

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Garen Meguerian, individually and on behalf of all others similarly situated,

    Plaintiff,

vs.

APPLE, INC.,

    Defendant.

Case No. **CV 11 1758 HRL**

**CLASS ACTION COMPLAINT**

**JURY TRIAL DEMANDED**



Plaintiff Garen Meguerian, individually and on behalf of the class described below, by his attorneys, makes the following allegations pursuant to the investigation of counsel and based upon information and belief, except as to allegations specifically pertaining to Plaintiff and counsel, which are based on personal knowledge.

## I.  OVERVIEW OF THE ACTION

1.    Plaintiff brings this class action on behalf of himself and other parents and guardians who (a) permitted their minor children to download from defendant Apple, Inc. ("Apple" or "Defendant") a free application ("App") and (b) then incurred charges for game-related voidable purchases that the minor was induced

1    by Apple to make, without the parents' and guardians' knowledge or authorization.

2         2.       In addition to its distinction as a market leader in the manufacture,

3    marketing and sale of computers and computing devices, Apple is also the leading

4    seller of "Apps," i.e., software applications that users download on their mobile

5    computing devices. Among the many thousands of Apps that Apple offers for sale

6    are gaming Apps targeted at children. Numerous gaming Apps are offered for free,

7    although many such games are designed to induce purchases of what Apple refers

8    to as "In-App Purchases" or "In-App Content," i.e., virtual supplies, ammunition,

9    fruits and vegetables, cash and other fake "currency," etc., within the game in order

10   to play the game with any success ("Game Currency"). These games are highly

11   addictive, designed deliberately so, and tend to compel children playing them to

12   purchase large quantities of Game Currency, amounting to as much as $100 per

13   purchase or more.

14        3.       Apple requires its users to authenticate their accounts by entering a

15   password prior to purchasing and/or downloading an App or buying Game

16   Currency. Until recently, however, once the password was entered, Apple

17   permitted the user, even if a minor, to buy Game Currency for up to fifteen minutes

18   without re-entering the password. This practice enabled minors to buy Game

19   Currency, in one click sums of $99.99 or more, without entering a password,

20   causing Apple to pocket millions of dollars from such Game Currency transactions

21   with minors and without the authorization of their parents, whose credit cards or

22   PayPal accounts are automatically charged for the purchases. Further, because the

23   passwords now required for purchases of Game Currency are the same passwords

24   required for any Apple purchase, minors aware of such password may purchase

1    Game Currency without authorization from their parents for that purchase.

2         4.     Apple's practice of selling Game Currency to children, garnering

3    millions of dollars of ill-gotten gains thereby, has attracted the attention of the

4    Federal Trade Commission ("FTC").  Such attention caused Apple in early 2011 to

5    begin requiring the entry of a password for all individual transactions, and to warn

6    users that "free" games may contain in-app content for sale.  Nevertheless, Apple

7    continues to sell Game Currency to minors.

8         5.     As a result, Plaintiff brings this action for monetary and equitable

9    relief under California's breach of contract laws, the Consumer Legal Remedies

10   Act, Business and Professions Code Sections 17200 *et seq.*, and/or for Unjust

11   Enrichment.

12   II.    JURISDICTION AND VENUE

13        6.     This Court has jurisdiction pursuant to 28 U.S.C. § 1332(d). This is a

14   class action involving more than 100 class members.  Plaintiff and other members

15   of the Class are citizens of a state different from Defendant, and the amount in

16   controversy, in the aggregate, exceeds the sum of $5 million exclusive of interest

17   and costs.

18        7.     Defendant is a California corporation, has its principal place of

19   business in Cupertino, California, transacts business in this District, has subjected

20   itself to this Court's jurisdiction through such activity, and a substantial part of the

21   events and omissions giving rise to the claim occurred in this District.

22   Accordingly, venue is proper in this District under 28 U.S.C. § 1391.

23   III.   PARTIES

24        8.     Plaintiff Garen Meguerian resides in Phoenixville, Pennsylvania with

1   his wife and their 12 and 9 year-old daughters.  Mr. Meguerian permitted his

2   younger daughter to download from iTunes a number of free gaming Apps,

3   including "Zombie Café," "Treasure Story" and "City Story."  Mr. Meguerian,

4   however, was completely unaware of the fact that within the span of a few weeks

5   she bought such Game Currency as "Zombie Toxin," "Gems" and "City Cash."

6   Those transactions between Apple and a nine-year-old child cost Mr. Meguerian

7   approximately $200.  *See* Plaintiff's iTunes Purchase History, attached hereto, and

8   incorporated herein by reference, as Exhibit A.

9        9.     Defendant Apple is a California corporation with its principal place of

10   business in Cupertino, California.

11   IV.   FACTUAL ALLEGATIONS

12        10.    Apple is one of the leading manufacturers and sellers of computing

13   products, including the iMac desktop computer, MacBook laptops, iPad tablets,

14   iPhone smart phones, and iPod and iTouch handheld music players and gaming

15   devices.

16        11.    Apple also sells content (e.g., music, movies, TV shows, audio books

17   and Apps) that can be downloaded on its and other manufacturers' computing

18   devices.  Apple sells Apps through its "App Store," which may be accessed

19   directly from certain devices (such as, e.g., iPads, iPhones and iTouches) or

20   through other Apple-owned retail outlets (e.g., iTunes, Mac App Store,

21   iBookstore).

22        12.    Apple offers Apps in many genres, including travel, business,

23   education, finance, entertainment and games.  Games are by far the most

24   downloaded of all genres.  Apps can be downloaded for free, or for a licensing fee

1 | that ranges from $.99 to $9.99 or more. It is the gaming Apps that Apple targets

2 | and sells to minor children that are the subject of this action.

3 |       13. Apple is by far the leading retailer of Apps. Apps are either

4 | developed by Apple or licensed to Apple by independent App developers. The

5 | App developers license their Apps to Apple for sale at iTunes, and Apple splits the

6 | revenues earned from the sale of the App, or from the sale of In-App Purchases,

7 | with the App developer.

8 |       14. Apple supervises and controls the function and operation of the Apps

9 | it sells. Before an App is made available by Apple, Apple staff test the App and

10 | confirm its compliance with dozens of rules that Apple imposes unilaterally. If

11 | Apple deems an App noncompliant with Apple's rules, Apple will not make the

12 | App available for sale.

13 |       15. In all instances relevant to this action, the sale of the App and/or any

14 | Game Currency is a transaction directly between Apple and the consumer. There

15 | is no privity between the user and the developer of the App (unless Apple itself is

16 | the App developer); Apple, and Apple alone, is the provider to the user of the App;

17 | Apple charges its customer's credit card or PayPal account, and indeed an App

18 | developer never receives a customer's credit card number or PayPal account

19 | information.

20 |       16. Anyone thirteen years old or older can open an account to purchase

21 | (i.e., license) content from Apple. Opening an account requires, among other

22 | things, selecting a user name and password, providing certain contact and other

23 | information, and agreeing to Apple's Terms & Conditions. Users may then make

24 | purchases in any of a number of ways, including payment by "iTunes Cards,"

1   "iTunes Gift Certificates," "Content Codes," "Allowance Account balances," and,

2   most frequently, by supplying Apple with a credit card number or PayPal account.

3   For users who specify credit card or Paypal payment, Apple automatically draws

4   funds from the account holder's credit card or PayPal account.

5       17.   Prior to the purchase of an App, Apple requires account holders to

6   enter their password. Until recently, however, once the account holder entered that

7   password, he or she (or in cases relevant to this Complaint, his or her minor child)

8   could make purchases for up to fifteen minutes without re-entering the password.

9   Thus, a parent could permit a child to download a free gaming App by entering his

10  or her password, and then allow the child to download and play the game. What

11  Apple did not tell parents, however, is that their child was then able to purchase

12  Game Currency for fifteen minutes without any supervision, oversight or

13  authorization.

14      18.   In early 2011, Apple changed its practice to require the input of a

15  password for every individual purchase, thereby ending the fifteen minute purchase

16  window. Apple made this change because the FTC was about to commence an

17  investigation into Apple's improper sales practices. Even after this change, Apple

18  continues to sell Game Currency to minors. Minors 13 and older are permitted to

19  open their own Apple accounts, and minors younger than 13 may purchase Game

20  Currency by using their parents' general Apple password (no special Apple

21  password is required to purchase Game Currency).

22      19.   As alleged above, many games are targeted to minors, and are free or

23  cost a nominal charge to download. Many such games, however, are designed to

24  encourage minors to purchase Game Currency, if the game is to be played with any

6

1  success.

2       20.    Many games are, by design, highly addictive, and are developed

3  strategically to induce purchases of Game Currency.  For example, the game

4  "Smurfs' Village" is free to download.  The object of the game, however, is to

5  build a virtual village, and the construction process is greatly sped up by the

6  purchase of "Smurfberries," Game Currency that costs real money.  The screen

7  shot below is a picture of the "Smurfberry Shop," which is embedded in the Smurf

8  Village gaming App.  This "shop" offers for sale different amounts of

9  Smurfberries.  Fifty Smurfberries cost $4.99; 1,000 Smurfberries cost $59.

10      21.    A news story about Apple's business scheme states:

11              The Federal Trade Commission has confirmed it will
                investigate mobile games that are advertised as free but
12              then entice players into buying virtual goods within the
                game, especially those that target younger users. This
13              comes after several complaints surfaced by parents who
                found out their children were racking up huge purchases
14              without understanding what they were doing,
                including one young gamer who managed to download
15              more than $1,400 in virtual Smurfs currency.
16
                Smurfs Village leads the headlines for this story. It's a
17              "free" iPhone game clearly targeting a young
                demographic. Once in the game, players are asked to
18              spend Smurfberries at every turn. That problem is solved
                easily enough with a menu that offers the ability to buy
19              more berries. Even though Smurfberries aren't real, the
                money used to buy them is.
20
                Players are lured in by enticing pictures of huge
21              bucketfuls of Smurfberries, and just a couple taps is all it
                takes to drain money out of an iPhone account holder's
22              credit card and make players flush with in-game funds.
23

24

1   The app does ask users to confirm purchases, but as the
FTC notes, some users may not fully understand what
2   they're confirming. "Consumers, particularly children,
are unlikely to understand the ramifications of these
3   types of purchases," wrote FTC chairman Jon Leibowitz
in a statement.

4

5   Massachusetts Congressman Edward Markey responded,
"What may appear in these games to be virtual coins and
6   prizes to children result in very real costs to parents. I am
pleased that the FTC has responded, and as the use of
7   mobile apps continues to increase, I will continue to
actively monitor developments in this important area."

8

9   The Smurfs game has gained so much attention because
it exploded to the #1 spot of top-earning iPhone games.
10  That's when the media learned of the easy
microtransaction system in the game. There's even a
11  button to purchase $100 in Smurfberries, which most
rational, hard-working people would probably never
12  click, but appears mouthwatering to players who think
they're just innocently playing a game.

13

14  While some of the charges definitely come as the result
of a parent legitimately buying berries for their kid, there
15  is also controversy over the 15-minute user
authentication buffer. A dad could download the Smurfs
16  game onto his iPad and hand it over to his daughter to
play. The daughter can then rack up as many charges as
17  she wants for 15 minutes before the app will ask for re-
verification of the account. Before you know it, your
18  credit card statement's been smurfed right in the smurf.

19  http://www.gamesradar.com/iphone/iphone/news/z/a20110223180187
55018/g-201010071388669064.
20

21      22.    Apple offers many games that use the same bait-and-switch business

22  scheme as Smurfs' Village.  Apple entices the child with a free download of a

23  gaming platform that then offers the sale of irresistible Game Currency in order to

24  enjoy the game as it was designed.  Such games include "Bakery Story" (which

1  sells virtual gems that are used to acquire items for the virtual bakery), "Treasure

2  Story" (which sells virtual gems), "City Story" (which sells virtual cash), "Tap

3  Zoo" (which sells virtual "pouches of stars" and "vials of coins"), "Tap Fish"

4  (which sells virtual "fish bucks"), "Glass Tower" (which sells virtual "level

5  packs"), "Sundae Maker" (which sells virtual ice cream and toppings), "Cake

6  Maker" (which sells virtual cake ingredients and other cake-making items),  and

7  many, many others.

8         23.    The targeting of children by Apple and inducing them to purchase,

9  without the knowledge or authorization of their parents, millions of dollars of

10  Game Currency is unlawful exploitation in the extreme.  Fortunately for the

11  members of the Class, such purchases of Game Currency constitute voidable

12  contracts because they were entered into with minors.

13        24.    Either in response to the FTC's investigation, or as a result of a guilty

14  conscience, Apple now provides the following warning next to the "Install" button

15  of the App: "PLEASE NOTE: [Smurfs' Village] is free to play, but charges real

16  money for additional in-app content.  You may lock out the ability to purchase in-

17  app content by adjusting your device's settings."  Nevertheless, Apple continues

18  to sell Game Currency to minors.

19        25.    Apple has not offered to return to its account holders any of the

20  millions of dollars it received from their minor children's purchases of Game

21  Currency.

22  **V.    CLASS ACTION ALLEGATIONS**

23        26.    Plaintiff brings this action as a class action for monetary and equitable

24  relief pursuant to Rules 23(b)(2) and (b)(3) of the Federal Rules of Civil Procedure

1  on behalf of the following class: All persons in the United States who had an

2  iTunes account and paid for a purchase of Game Currency made by their minor

3  children without their knowledge and authorization (the "Class"). Excluded from

4  the Class are Apple; any entity in which it has a controlling interest; any of its

5  parents, subsidiaries, affiliates, officers, directors, employees and members of their

6  immediate families; and members of the federal judiciary.

7      27.    The members of the Class are readily ascertainable but are so

8  numerous that joinder is impracticable. The exact number and names of the

9  members of the Class are presently unknown to Plaintiff, but can be ascertained

10  readily through discovery.  Plaintiff believes that there are thousands of members

11  of the Class whose names and addresses may be readily discovered upon

12  examination of the records in the custody and control of Apple.

13      28.    There are questions of law and fact common to the Class, and such

14  questions predominate over individual questions.  Defendant pursued a common

15  course of conduct toward the Class as alleged.  This action arises out of a common

16  nucleus of operative facts.  Common questions include:

17          (a)    Whether Apple sold Game Currency;

18          (b)    Whether Apple sold Game Currency to minors;

19          (c)    Whether Apple knew that many gaming Apps it sells at

20                  its iTunes Store are designed to induce minors to

21                  purchase Game Currency;

22          (d)    Whether Apple intended for minors to purchase such

23                  Game Currency without the knowledge or authorization

24                  of the minors' parents or guardians;

       (d).   Whether Apple's sales to minors of Game Currency constitute voidable contracts;

       (e)   Whether Apple's scheme to induce minors to purchase Game Currency violates California's CLRA and UCL;

       (f)   Whether Apple was unjustly enriched by its scheme; and

       (g)   Whether Plaintiff and the Class have been damaged, and if so, in what amount.

29.   Plaintiff's claim is typical of the claims of other members of the Class, and there is no defense available to Apple that is unique to Plaintiff. Plaintiff paid approximately $200 to Apple for purchases of Game Currency made by his minor daughter in a couple of weeks without his knowledge or authorization.

31.   Plaintiff will fairly and adequately represent the interests of the Class. Plaintiff has no interests that are antagonistic to those of the Class. Plaintiff has the ability to assist and adequately protect the rights and interests of the Class during the litigation. Further, Plaintiff is represented by counsel who are competent and experienced in this type of class action litigation.

32.   This class action is not only the appropriate method for the fair and efficient adjudication of the controversy, but is, in fact, the superior method to all other available methods because:

       (a)   The joinder of thousands of geographically diverse individual class members is impracticable, cumbersome, unduly burdensome, and a waste of judicial and/or litigation resources;

(b)   There is no special interest by class members and individually controlling prosecution of separate causes of action;

(c)   Class members' individual claims are relatively modest compared with the expense of litigating the claim, thereby making it impracticable, unduly burdensome, expensive, if not totally impossible, to justify individual class members' addressing their loss;

(d)   When Defendant's liability has been adjudicated, claims of all class members can be determined by the Court and administered efficiently in a manner that is far less erroneous, burdensome, and expensive than if it were attempted through filing, discovery, and trial of many individual cases;

(e)   This class action will promote orderly, efficient, expeditious, and appropriate adjudication and administration of class claims to promote economies of time, resources, and limited pool of recovery;

(f)   This class action will assure uniformity of decisions among class members;

(g)   Without this class action, restitution will not be ordered and Defendant will be able to reap the benefits or profits of its wrongdoing; and

(h)   The resolution of this controversy through this class action presents fewer management difficulties than individual claims filed in which the parties may be subject to varying indifferent adjudications of their rights.

33.     Class certification is appropriate because Defendant has acted, or refused to act, on grounds generally applicable to the Class, making class-wide equitable, injunctive, declaratory and monetary relief appropriate.  In addition, the prosecution of separate actions by or against individual members of the Class would create a risk of incompatible standards of conduct for Defendant and inconsistent or varying adjudications for all parties.  A class action is superior to other available methods for the fair and efficient adjudication of this action.

## VI.     CALIFORNIA LAW APPLIES TO THE ENTIRE CLASS.

34.     California's substantive laws apply to every member of the Class, regardless of where in the United States the class member resides.  Apple imposes on its account holders a set of Terms and Conditions that must be accepted before becoming an account holder and before making any purchases or downloads from Apple's iTunes Store.  Among such Terms and Conditions is the following:

> The Services are operated by Apple from its offices in the
> United States. You agree to comply with all local, state,
> federal, and national laws, statutes, ordinances, and
> regulations that apply to your use of the Services. All
> transactions on the Services are governed by California
> law, without giving effect to its conflict of law
> provisions. Your use of the Services may also be subject
> to other laws. You expressly agree that exclusive
> jurisdiction for any claim or dispute with Apple or
> relating in any way to your use of the Services resides in
> the courts of the State of California.

35.     Further, California's substantive laws may be constitutionally applied to the claims of Plaintiff and the Class under the Due Process Clause, 14th Amend., § 1, and the Full Faith and Credit Clause, Art. IV § 1 of the U.S.

1   Constitution. California has significant contact, or significant aggregation of

2   contacts, to the claims asserted by Plaintiff and all class members, thereby creating

3   state interests that ensure that the choice of California state law is not arbitrary or

4   unfair.

5       36.   Defendant's United States headquarters and principal place of

6   business is located in California. Defendant also owns property and conducts

7   substantial business in California, and therefore California has an interest in

8   regulating Defendant's conduct under its laws. Defendant's decision to reside in

9   California and avail itself of California's laws, and to engage in the challenged

10  conduct from and emanating out of California, renders the application of California

11  law to the claims herein constitutionally permissible.

12      37.   California is also the state from which Defendant's alleged

13  misconduct emanated. This conduct similarly injured and affected Plaintiff and all

14  other class members.

15      38.   The application of California laws to the Class is also appropriate

16  under California's choice of law rules because California has significant contacts

17  to the claims of Plaintiff and the proposed Class, and California has a greater

18  interest in applying its laws here than any other interested state.

19  VII. CAUSES OF ACTION

20              FIRST CAUSE OF ACTION
                  (Breach of Contract)
21

22      39.   Plaintiff repeats and re-alleges herein the foregoing allegations.

23      40.   All Game Currency that Apple presents for sale constitutes an offer to

24  enter into a sales contract.

41.    All Game Currency purchased by a minor constitutes acceptance of Apple's offer.

42.    Every payment made by the members of the Class for the purchase of Game Currency by their minor children constitutes consideration for the provision of the Game Currency.

43.    Accordingly, all transactions that are the subject of this Complaint are possessed of the three elements of a contract, i.e., offer, acceptance and consideration.

44.    Because the persons who accepted Apple's offers were minors, however, all such contracts are voidable at the class members' option as a matter of California law.

45.    Accordingly, all such contracts should be voided and the Class should be made whole through restitution and all other remedies available under California law.

## SECOND CAUSE OF ACTION
### (Violation of the California Consumers Legal Remedies Act)

46.    Plaintiff repeats and re-alleges herein the foregoing allegations.

47.    At all times relevant hereto, there was in full force and effect the California Consumers Legal Remedies Act (CLRA), Cal. Civ. Code § 1750.

48.    Plaintiff and the other class members are consumers within the meaning of Cal. Civ. Code § 1761(d).

49.    Apple violated the CLRA's proscription against the concealment of the characteristics, use, benefit, or quality of goods by actively marketing and

1  promoting certain gaming Apps as "free" with the intent to induce from minors the

2  purchase of Game Currency. Specifically, Apple has violated: (a) § 1770(a)(5)'s

3  proscription against representing that goods have uses or characteristics they do not

4  have; (b) § 1770(a)(7)'s proscription against representing that goods are of

5  particular standard or quality when they are of another; (c) § 1770(a)(14)'s

6  proscription against "Representing that a transaction confers or involves rights,

7  remedies, or obligations which it does not have or involve, or which are prohibited

8  by law."

9      50.    Under California law, a duty to disclose arises in four circumstances:

10  (1) when the defendant is in a fiduciary relationship with the plaintiff; (2) when the

11  defendant had exclusive knowledge of material facts not known to the plaintiff; (3)

12  when the defendant actively conceals a material fact from the plaintiff; or (4) when

13  the defendant makes partial representations but also suppresses some material

14  facts.

15      51.    Apple owed a duty to disclose material facts about the Game

16  Currency embedded in games it marketed, advertised and promoted to children as

17  "free." Apple breached such duty as alleged in this Complaint.

18      52.    Plaintiff and the Class suffered actual damages as a direct and

19  proximate result of Apple's action, concealment and/or omissions in violation of

20  the CLRA, as evidenced by the substantial sums Apple pocketed.

21      53.    Plaintiff, on behalf of himself and for all those similarly situated,

22  demands judgment against Apple for equitable relief in the form of restitution

23  and/or disgorgement of funds paid to Apple, and an award of attorney fees pursuant

24  to Civil Code § 1780(d).

54.    In accordance with § 1782(a) of the CLRA, on April 11, 2011, Plaintiff's counsel served Apple, by certified mail, with notice of its alleged violations of the CLRA.

55.    If Apple does not fully meet the demand set forth in that letter, then Plaintiff will amend or seek leave to amend this complaint in order to seek the following relief under CLRA § 1780, for Apple's violations of CLRA §§ 1770(a)(5) and (a)(7):

- actual damages under Cal. Civ. Code § 1780(a)(1);

- punitive damages under Cal. Civ. Code § 1780(a)(4);

- attorneys' fees and costs under Cal. Civ. Code § 1780(d); and

- any other relief the Court deems proper under Cal. Civ. Code § 1780(a)(5).

## THIRD CAUSE OF ACTION
### (Violation of Bus. & Prof. Code § 17200 et seq.)

56.    Plaintiff repeats and re-alleges herein the foregoing allegations.

57.    Plaintiff brings this cause of action on behalf of himself, on behalf of the other class members, and in his capacity as private attorney general against Defendant for its unlawful, unfair, fraudulent and/or deceptive business acts and/or practices pursuant to the California Business & Professions Code § 17200 *et seq.* ("UCL"), which prohibits unlawful, unfair and/or fraudulent business acts and/or practices.

58.    Plaintiff asserts these claims as a representative of an aggrieved group

1    and as a private attorney general on behalf of the general public and other persons

2    who have expended funds that Defendant should be required to reimburse under

3    UCL § 17200 *et seq.*

4         59.   This claim is predicated on the duty to refrain from unlawful, unfair

5    and deceptive business practices.  Plaintiff and the other class members hereby

6    seek to enforce a general proscription of unfair business practices and the

7    requirement to refrain from deceptive conduct.

8         60.   The UCL §§ 17200, *et seq* prohibits acts of "unfair competition."  As

9    used in this section, "unfair competition" encompasses three distinct types of

10   misconduct: (a) "unlawful...business acts or practices;" (b) "unfair fraudulent

11   business acts or practices;" and (c) "unfair, deceptive or misleading advertising."

12        61.   Apple violated the UCL by engaging in conduct that violated each of

13   the three prongs identified by the statute as set forth throughout this Complaint.

14        62.   Apple committed an *unlawful* business act or practice in violation of

15   the UCL § 17200 *et seq.*, when it violated the CLRA.

16        63.   Apple committed *unfair and fraudulent* business acts and practices in

17   violation of the UCL §§ 17200 and 17500, *et seq.*, by actively advertising,

18   marketing and promoting certain gaming Apps as "free" with the intent to induce

19   minors to purchase Game Currency in a manner likely to deceive the public.

20        64.   Apple's deceptive practices were specifically designed to induce the

21   children of Plaintiff and the other members of the Class to purchase Game

22   Currency.

23        65.   Apple's deceptive practices have deceived and/or are likely to deceive

24   Plaintiff and members of the consuming public.

1    66.    As a direct and proximate cause of Apple's violation of the UCL,

2  Plaintiff and the Class have suffered harm in that they have not been reimbursed

3  for the purchases of Game Currency their children made from Apple.

4    67.    As a direct and proximate result of Apple's violation of the UCL

5  § 17200, *et seq.*, Apple has been unjustly enriched and should be required to make

6  restitution to Plaintiff and the Class or disgorge its ill-gotten profits pursuant to the

7  UCL § 17203.

8    68.    Plaintiff, on behalf of himself and for all other similarly situated,

9  demands judgment against Apple for injunctive relief in the form of restitution,

10  and/or disgorgement of funds paid to Apple as alleged herein, as well as attorneys'

11  fees, costs and interest.

## FOURTH CAUSE OF ACTION
### (Unjust Enrichment (alternative claim))

12

13

14    69.    Plaintiff repeats and re-alleges herein the foregoing allegations.

15    70.    Plaintiff and the Class have conferred benefits on Apple by paying for

16  the Game Currency that their children purchased from Apple without their

17  authorization.

18    71.    Defendant knowingly and willingly accepted those monetary benefits

19  from Plaintiff and the Class.

20    72.    Under the circumstances alleged herein, it is inequitable for Defendant

21  to retain such benefits at the expense of Plaintiff and the Class.

22    73.    Defendant has been unjustly enriched at the expense of and detriment

23  to Plaintiff and the Class by wrongfully collecting money to which Defendant, in

24  equity, is not entitled.

1    74.    Plaintiff and the Class are entitled to recover from Defendant all

2  amounts wrongfully collected and improperly retained by Defendant, plus interest

3  thereon.

4    75.    As a direct and proximate result of Defendant's unjust enrichment,

5  Plaintiff and the Class have suffered injury and are entitled to reimbursement,

6  restitution and disgorgement from Defendant of the benefits conferred by Plaintiff

7  and the Class.

8    76.    As a direct and proximate result of Defendant's misconduct as set

9  forth herein, Defendant has been unjustly enriched.

10    WHEREFORE, Plaintiff, individually and on behalf of the Class, prays for

11  an Order as follows:

12    A.    Finding that this action satisfies the prerequisites for maintenance as

13      a class action under Fed. R. Civ. P. 23(a), (b)(2) and (b)(3), and

14      certifying the Class defined herein;

15    B.    Designating Plaintiff as representative of the Class and his counsel

16      as class counsel;

17    C.    Entering judgment in favor of Plaintiff and the Class and against

18      Defendant;

19    D.    Awarding Plaintiff and members of the Class their individual

20      damages and attorneys' fees and allowing costs, including interest

21      thereon; and/or restitution and equitable relief; and

22    E.    Granting such further relief as the Court deems just.

23

24

# VIII. JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

Dated: April 11, 2011

Respectfully Submitted,

By: _____
JONATHAN SHUB (SBN 237708)
SEEGER WEISS LLP
1515 Market Street, Suite 1380
Philadelphia, Pennsylvania  19102
(215) 564-2300

ADDITIONAL COUNSEL

Michael J. Boni
Joshua D. Snyder
BONI & ZACK LLC
15 St. Asaphs Road
Bala Cynwyd, PA 19004
(610) 822-0200

Simon Bahne Paris
Patrick Howard
SALTZ, MONGELUZZI, BARRETT &
BENDESKY, P.C.
One Liberty Place, 52nd Floor
1650 Market Street
Philadelphia, PA 19103
(215) 575-3986

Benjamin G. Edelman
LAW OFFICES OF BENJAMIN
EDELMAN
27A Linnaean Street
Cambridge, MA 02138
(617) 359-3360

Attorneys for Plaintiff

Exhibit "A"

# Purchase History

Date: 02/27/11 06:08 AM
Order: MGVLLUU267
Invoice: 200018331186

| Item | Artist | Type | Units | Price |
|---|---|---|---|---|
| City Story™ v1.0.4, Seller: TeamLava, L... | TeamLava | Application | | Free |
| Tap Zoo, v1.6, Seller: Pocket Gems, Inc | Pocket Gems, Inc. | Application | | Free |
| Prettily Pet Salon, v1.1, Seller: Dream Co... | Dream Cortex | Application | | Free |
| OneSheadialdin, v1.12, Seller: Dreadst... | Dreadstate | Application | | Free |
| Cupcakes4, v1.9, Seller: Maverick Softwa... | Maverick Softwa... | Application | | Free |
| Retina Wallpapers HD with Glow Effects... | girasap.us | Application | | Free |
| Fruit Ninja, v1.6, Seller: Halfbrick | Halfbrick Studios | Application | | Free |
| Shrek Kart, v1.4, Seller: Gameloft | Gameloft | Application | | $0.99 |
| SketchBook Pro, v1.3.1, Seller: Autodesk | Autodesk Inc. | Application | | $0.99 |
| Paper Glider, v1.2, Seller: Neon Play Ltd | Neon Play | Application | | Free |
| WARSHIP for iPad, v2.2, Seller: Emotio... | Emotion Studios | Application | | Free |
| WordAmok!, v1.0, Seller: Dani.doG | Dani.zoGames | Application | | Free |
| Holes and Balls, v1.0, Seller: Greg Blanc | AudioGuida | Application | | Free |
| Zombie Farm, v0.65, Seller: The Playfing... | The Playfishgn, L... | Application | | Free |
| One Time | Justin Bieber | Song | | $1.29 |
| Zentomino Lite, v1.9.1, Seller: Craig Ko... | Little White Bea... | Application | | Free |
| Paper Glider, v1.2.1, Seller: Neon Play Ltd | Neon Play | Application | | Free |
| iSlash, v1.3, Seller: Renan Argh | Dasis Games | Application | | Free |
| Bongo Touch Lite, v1.1, Seller: JPH ISO... | JPH SOFT | Application | | Free |
| Thief Lupin!, v1.0.2, Seller: dorsass hong | BLUE WIND | Application | | Free |
| iStripot 3D, v2.8, Seller: Tiridii Interactive... | Tiridii Interactive... | Application | | Free |
| Holes and Balls, v1.1, Seller: Greg Blanc | AudioGuida | Application | | Free |
| Paper Glider, v1.2.1, Seller: Neon Play Ltd | Neon Play | Application | | Free |
| Ladybirth Lite Edition, v1.0.1, Seller: Cai... | Cosmo). AB | Application | | Free |
| Zombie Café, 50 Tokn, Seller: Capcom I... | Capcom Interact... | In-App Purchase | 1 @ $4.99 | $4.99 |
| Top Zoo, Pouch of Stars, Seller: Pocket... | Pocket Gems, I... | In-App Purchase | 1 @ $1.99 | $1.99 |
| Top Zoo, Pouch of Stars, Seller: Pocket... | Pocket Gems, I... | In-App Purchase | 1 @ $1.99 | $1.99 |
| Tap Fish, Bundle of 55 Fish Bucks, Selle... | Bayview Labs | In-App Purchase | 1 @ $1.99 | $1.99 |
| Zombie Café, 50 Tokn, Seller: Capcom I... | Capcom Interact... | In-App Purchase | 1 @ $4.99 | $4.99 |
| Zombie Café, 50 Tokn, Seller: Capcom I... | Capcom Interact... | In-App Purchase | 1 @ $4.99 | $4.99 |
| Top Zoo, Pouch of Stars, Seller: Pocket... | Pocket Gems, I... | In-App Purchase | 1 @ $1.99 | $1.99 |
| Top Zoo, Vial of Coins, Seller: Pocket G... | Pocket Gems, I... | In-App Purchase | 1 @ $0.99 | $0.99 |
| Top Zoo, Vial of Coins, Seller: Pocket G... | Pocket Gems, I... | In-App Purchase | 1 @ $0.99 | $0.99 |
| Zombie Café, 50 Tokn, Seller: Capcom I... | Capcom Interact... | In-App Purchase | 1 @ $4.99 | $4.99 |
| Stick Stunt Biker, v1, Seller: Robert St... | Robert Szeleney | Application | | Free |
| Textfree Unlimited, v3.8.2, Seller: Pinger... | Pinger Inc. | Application | | Free |
| Fit It!, v1.0, Seller: Tiridii Interactive Limited | Tiridii Interaction... | Application | | Free |
| Zentomino, v1.9.5, Seller: Craig Kemper | Little White Bea... | Application | | Free |
| City Story™ v1.0.4, Seller: TeamLava, L... | TeamLava | Application | | Free |
| Bakery Story™ v1.0.4, Seller: TeamLav... | TeamLava | Application | | Free |
| Treasure Story™, v1.0.2, Seller: TeamLa... | TeamLava | Application | | Free |
| City Story™, 8d Clay Cash, Seller: Tea... | TeamLava | In-App Purchase | 1 @ $4.99 | $4.99 |

Subtotal: $38.16
Tax: $2.15
Credit Card Total: $40.31

a Secure Connection

iTunes

iPod sync is complete.
OK to disconnect.

🔒 Secure Connection

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| LIBRARY | Music | Movies | TV Shows | App Store | Podcasts | Audiobooks | iTunes U | Ping | Q Search Store |

## Purchase History

Date: 02/23/11 06:04 PM
Order: M0XLLTRNG7
Invoice: 200013204634

| Item | Artist | Type | Price |
|---|---|---|---|
| Slice It!, v1.5.1, Sailer, Com2uS ASIA, Inc. | Com2uS Inc. | Application | $4.99 |
| English in Chinese IDlq, v1.0, Sailer, Hux... | Hux Mobile | Application | Free |
| Pocket Cad, v1.37, Sailer, But Creative | But Creative | Application | Free |
| First Ninja, v1.6, Sailer, Halbrick Studios | Halbrick Studios | Application | Free |
| Dune Rush, v1.6, Sailer, Neread Studios | Neread Studios | Application | Free |
| Tiny Wings, v1.6, Sailer, Andreas Illiger | Andreas Illiger | Application | $0.99 |
| testPlus 4 Free Test + Group Testing, Pl... | Application | Free |
| testPug Classic Free Test, v2.1.3, Sailer... | COGU | Application | Free |
| TestFlow - Unlimited Free Testing and Fi... | EnRick, Inc. | Application | Free |
| TestFlow - Unlimited Free Testing and Fi... | EnRick, Inc. | Application | Free |
| Testing Unlimited, v2.0.1, Sailer, Pinga... | Pinga, Inc. | Application | Free |
| Pixer Glow v1.2, Sailer, Noon Play | Noon Play | Application | Free |
| Pixer Glow v1.2, Sailer, Noon Play | Noon Play | Application | Free |
| xStash, v1.2, Sailer, Bebus Argil | Bebus Games | Application | Free |
| Where We Go™ The Fantastic Journe... | Lula | Application | $2.99 |

Subtotal: $2.57
Tax: $0.58
Credit Card Total: $3.15

[ Report a Problem ]   [ Done ]

Copyright © 2011 Apple Inc. All rights reserved. Privacy Policy | Terms of Service | Terms of Sale

## Purchase History

Date: 02/20/11 07:06 AM
Order: MGV41L3.AUD
Invoice: 17091631165S6

| Item | Artist | Type | Units | Price |
|---|---|---|---|---|
| Knolopeller | Tame Impala | Playlist | | $7.99 |
| It Is Not Meant to Be | Tame Impala | Song | | |
| Desire Be Desire Go | Tame Impala | Song | | |
| Alter Ego | Tame Impala | Song | | |
| Lucidity | Tame Impala | Song | | |
| Why Won't You Make Up Your Mind? | Tame Impala | Song | | |
| Solitude Is Bliss | Tame Impala | Song | | |
| Island Walking | Tame Impala | Song | | |
| Jeremy's Storm | Tame Impala | Song | | |
| Expectation | Tame Impala | Song | | |
| The Bold Arrow of Time | Tame Impala | Song | | |
| Runway, Houses, City, Clouds | Tame Impala | Song | | |
| I Don't Really Mind | Tame Impala | Song | | |
| Fandango Movies – Times & Tickets, v... | Fandango | Application | | Free |
| Tap Zoo, Flash of Stars, Seller: Da... | Devsisters | Application | | Free |
| Glass Tower 2, Level Pack 3, Seller: An... | Pocket Gems, L... | In-App Purchase | | Free |
| Coin Dozer, v0.1, Seller: Game Circus LLC | Game Circus LLC | Application | | Free |
| Unicorn Dash Lite, Music and Dance Vi... | Unicorn Labs, L... | Application | | Free |
| Doodle Truck, v1.0, Seller: Trottii Interact... | Trottii Interact... | In-App Purchase | | Free |
| Core Bowling, v1.02, Seller: Swedish Ga... | Donut Games | Application | | $0.99 |
| Doodle Truck, v1.00, Seller: Swedish Ga... | Donut Games | Application | | Free |
| Must Stay Never | Justin Bieber | Song | | $1.29 |
| Baby | Justin Bieber | Song | | $1.29 |
| Somebody to Love (Remix) [feat. Usher] | Justin Bieber B... | Song | | $1.29 |
| Double Jump – BE WARNED, Intensely A... | Lima Sky | Application | | Free |
| mixtream (free), v1.5.7, Seller: Mandahl L... | Mandala LLC | Application | | Free |
| Dino Rush, v1.3, Seller: Nemobi Studio | Nemobi Studio | Application | | Free |
| Frog Toad, v1.0, Seller: Game Circus LLC | Game Circus LLC | Application | | Free |
| Stick It! Biggie, v1.0, Seller: Conceas... | Conceas Inc. | Application | | Free |
| finger chess it, v1, Seller: Indigo Program... | Indigo Program L... | Application | | Free |
| TanZen Lite, v1.6.5, Seller: Craig Kemper | Little iWate Bra... | Application | | Free |
| Pie Maker, v1.00, Seller: Sunstorm Inter... | Sunstorm Inter... | Application | | Free |
| Pocket Frogs, v1.0.1, Seller: Lux March | Candela | Application | | Free |
| Zombie Cafe, 50 Toxin, Seller: Capcom I... | Capcom Interact... | In-App Purchase | | $4.99 |
| SketchBook Pro, v1.3.2, Seller: Autodesk... | Autodesk Inc. | Application | | Free |
| Show-Sail Free, v2.1, Seller: Freevesa, I... | Freevesa Inc. | Application | | Free |
| Zombie Cafe, v1.0.2, Seller: Capcom Inte... | Capcom Interact... | Application | | Free |
| TanZen Lite, v1.6.5, Seller: Craig Kemper | Little iWate Bra... | Application | | Free |
| Zentomino Lite, v1.6.5, Seller: Craig Ke... | Little iWate Bra... | Application | | Free |
| Cupcakes!, v1.3, Seller: Maverick Softwa... | Maverick Softwa... | Application | | Free |
| Retina Wallpapers HD with Glow Effects... | GibappLus | Application | | Free |
| Coin Dozer – Aglast New Year, v1.2, Selle... | Game Circus LLC | Application | | Free |
| TanZen, v1.6.5, Seller: Craig Kemper | Little iWate Bra... | Application | | Free |
| NOW That's What I Call Music, Vol. 37 | Various Artists | Playlist | | $9.99 |
| Love the Way You Lie (feat. Rihanna) | Eminem & Rih... | Song | | $0.99 |
| Just the Way You Are | Bruno Mars | Song | | $0.99 |
| Firework | Katy Perry | Song | | $0.99 |





iTunes

iPod sync is complete.
OK to disconnect.

## Purchase History

Latest Purchases

& Secure Connection

Date: 02/02/11 11:36 PM
Order: MGVLJLEB3

| Item | Artist | Type | Units | Price |
|---|---|---|---|---|
| City Story™, 24 City Cash. Seller: Tea... | TeamLava | In-App Purchase | 1 @ $4.99 | $4.99 |
| Bakery Story™, 24 Gems. Seller: Team... | TeamLava | In-App Purchase | 1 @ $4.99 | $4.99 |
| Bakery Story™, 24 Gems. Seller: Team... | TeamLava | In-App Purchase | 1 @ $4.99 | $4.99 |
| Treasure Story™, 24 Gems. Seller: Tea... | TeamLava | In-App Purchase | 1 @ $4.99 | $4.99 |
| Bubble Shoot, v1.1. Seller: Kitak Pixel... | Mete Prin | In-App Purchase | 1 @ $4.99 | $4.99 |
| Tap Zoo, v1.6.1. Seller: Pocket Gems, Inc. | Pocket Gems, I... | Application | | Free |
| Verizon FiOS DVR Manager, v1.6.1. Sell... | Verizon Informat... | Application | | Free |
| PDF Reader Lite, v1.6. Seller: Kdan Mob... | Kdan Mobile Sof... | Application | | Free |

Subtotal: $19.96
Tax: $1.20
Credit Card Total: $21.16

## Previous Purchases

Previous | Next | Viewing Batch 1 of 11

1 / 2006 ▼ | Jump

Order Date Order | Titles included in order | Total Price

| | | | |
|---|---|---|---|
| 02/27/11 | MGVLDJ... | City Story™, v1.0.4. Seller: TeamLava, LLC, Tap Zoo, v1.6. Seller: Pocket Gems, Inc. ... | $41.31 |
| 02/22/11 | MGVLTB... | Slice It!, v1.5.1. Seller: Com0ne USA, Inc., English to Chinese Dict. v1.0. Seller: Han... | $3.15 |
| 02/20/11 | MGVLLK... | SuperSpeedway, Fandango Movies – Times & Tickets. v1.2. Seller: Fandango, Paradid... | $42.39 |
| 02/19/11 | MGVLKZ... | Connix Doodle, v1.12. Seller: Sbow Tree Games, Books, v1.2.1. Seller: Apple Inc., Zoo Zo... | $34.85 |
| 02/15/11 | MGVLKY... | Zombie Farm, v0.94. Seller: The PlayForge, LLC., Farm Story, Valentine's Day, v1.0... | $6.58 |
| 02/11/11 | MGVLKTJ... | Paper Toss, v1.0.1. Seller: Backflip Studios, Block Shooter, v1.9. Seller: Wade Nobl... | $10.78 |
| 02/07/11 | MGVLJL... | Mega Jump, v1.0.9. Seller: Get Set Games Inc., Cheese(Side Ricky), v2.3. Seller: S... | $6.56 |
| 02/07/11 | MGVLKG... | Yahtzee Adventures, v1.0. Seller: Joan Pagano... | $0.00 |
| 02/07/11 | MGVLKJ... | Yahtzee Junior. v1.0. Seller: Concrete Software, Inc., Create a premium loic k screen... | $2.11 |
| 01/26/11 | MGVLK9J... | Zombie Café, v1.0.0. Seller: Capcom Interactive Inc., Create a premium loic k screen... | $2.11 |
| 01/25/11 | MGVLK4F... | Rat On The Run, v1.22. Seller: Sandala Game Development AB, Cows in Space, v1... | $2.10 |

Report a Problem | Done

Copyright © 2011 Apple Inc. All rights reserved | Privacy Policy | Terms of Service | Terms of Sale



Copyright © 2011 Apple Inc. All rights reserved. | Privacy Policy | Terms of Service | Terms of Sale



## Purchase History

Date: 01/22/11 07:06 AM
Order: MGXXXXXXV5
Invoice: 11701555060

🔒 Secure Connection

| Item | Artist | Type | Units | Price |
|---|---|---|---|---|
| Like a Glt | Far East Moven... | Song | | $1.29 |
| Omg Get in the World | Rihanna | Song | | $1.29 |
| Who My Hair | Willow | Song | | $1.29 |
| Sp(r)b, v2.1, Seller: Tweety7/ LLC | Tweety7 LLC | Application | | Free |
| Firewall | Kidz Bop Kids | Song | | $0.99 |
| Ghetulla Le Vu | Kidz Bop Kids | Song | | $1.29 |
| Evacuate the Dance Floor | Kidz Bop Kids | Song | | $0.99 |
| Grenade | Disco Mass | Song | | $1.29 |
| NY Times v2.3.9, Seller: The New York T... | The New York Ti... | Application | | Free |
| FlixMoments, v1.1.2, Seller: Skabtronic... | Skabtronic-Statb... | Application | | Free |
| TV Guide Mobile, v1.6.1, Seller: Roundb... | Roundbox, Inc. | Application | | Free |
| Sunbrae Maker - Free, Ice Cream Party... | Sunstorm Intera... | In-App Purchase | | $1.99 |
| Sunbrae Maker - Free, 32 Flavors, Seller... | Sunstorm Intera... | In-App Purchase | | $1.99 |
| Sunbrae Maker - Free, Toppings and Gou... | Sunstorm Intera... | In-App Purchase | | $1.99 |
| Sunbrae Maker - Free, Gross Out Pack,... | Sunstorm Intera... | In-App Purchase | | $1.99 |
| Flick Golf, v1.0, Seller: Full Fat Product... | Application | | 1 @ $0.99 | $0.99 |
| Snack Shot Bike v0.1, Seller: Robert Siz... | Robert Steinbergy | Application | | $0.99 |
| Sunday Lawn, v1.21, Seller: Swedish Ga... | Donut Games | Application | | $0.99 |
| Papel Glider, v1.1, Seller: Neon Play Ltd | Neon Play | Application | 1 @ $0.99 | $0.99 |
| Golf Fruit Pro, v1.2, Seller: Neon Play Ltd | Neon Play | Application | | Free |
| Snake Classic™ v2.0, Seller: Zingt Appl... | Zingt Apple LLC | Application | | Free |
| Zombie Farm, v0.63, Seller: The Playing... | The Playing2go L... | Application | | Free |

| | |
|---|---|
| Subtotal: | $18.37 |
| Tax: | $2.60 |
| Credit Card Total: | $18.97 |

Copyright © 2011 Apple Inc. All rights reserved | Privacy Policy | Terms of Sale | Terms of Sale

File   Edit   View   Controls   Store   Advanced   Help

iTunes
iPod sync is complete.
OK to disconnect.

Music   Movies   TV Shows   App Store   Podcasts   Audiobooks   iTunes U   Ping

**LIBRARY**
Music
Movies
TV Shows
Podcasts
Apps
Radio

**STORE**
iTunes Store
Ping
Purchased
Purchased on iPod tou...
Downloads

**DEVICES**
wu.ES
iPod touch
SHARED

**GENIUS**
Genius
Genius Mixes

**PLAYLISTS**
iTunes DJ
90's Music
Music Videos
Classical Music
My Top Rated
Recently Added
Recently Played
Top 25 Most Played
Meditation
Tune Inside

# Purchase History

iTunes Store Connection

Date: 01/28/11 10:28 AM
Order: MGVLAZLFT2
Invoice: 183015262259

| Item | Artist | Type | Units | Price |
|---|---|---|---|---|
| Winnie-the-Pooh | A.A. Milne | Ebook | | Free |
| I Have a Dream, Martin Luther King | Martin Luther King | Ebook | | Free |
| M*A*S*H | Free, #2.0, Seller: M3 Immedia... | Broken Thumbs ... | Application | | Free |
| Caillou Maker - Free, Master Claw Maker,... | Sanstorm Mouse | In App Purchase | | $7.99 |
| The Moron Test, v4.1, Seller: BEEKKEL... | Distinction | Application | 1 @ $7.99 | $7.99 |
| DJ Get Us Falling in Love | Kidz Bop Kids | Song | | $0.99 |
| Break Your Heart | Kidz Bop Kids | Song | | $0.99 |
| Billionaire | Kidz Bop Kids | Song | | $0.99 |
| If I Had You | Kidz Bop Kids | Song | | $0.99 |
| Whataya Want from Me | Adam Lambert | Song | | $0.99 |
| Naturally | Chris Tomlin | Song | | $1.29 |
| USA TODAY for iPad, v2.0, Seller: USA... | USA TODAY | Application | | Free |
| USA TODAY for iPad, v1.1.0, Seller: Ian Marsh | USA TODAY | Application | | Free |
| Pocket Frogs, v1.1.0, Seller: Ian Marsh | NimbleBit | Application | | Free |
| The Moron Test, v4.1.1, Seller: BEEKKEL... | Distinction | Application | | Free |

Subtotal: $15.22
Tax: $0.54
Credit Card Total: $15.76

Report a Problem          Done

Copyright © 2011 Apple Inc. All rights reserved | Privacy Policy | Terms of Service | Terms of Sale



File Edit View Controls Store Advanced Help

iTunes

iPod sync is complete.
OK to disconnect.

Music | Movies | TV Shows | App Store | Podcasts | Audiobooks | iTunes U | Ping

## Purchase History

Date: 01/14/11 12:36 PM
Order: M0YLUNMBED
Invoice: 180815162590

🔒 Secure Connection

| Item | Artist | Type | Price |
|---|---|---|---|
| Rat On A Scooter X2, v1.12, Seller: Swe... | Donut Games | Application | $0.99 |
| Cookie Dooda, v2.11, Seller: Shoe The ... | Shoe The Goose | Application | Free |
| Sudoku·2, v1.02, Seller: Optime Softwar... | Optime Software | Application | Free |
| Bubbles Ball, v1.0, Seller: Key Games LL... | Key Games LLC | Application | Free |
| DragPiece FREE, v1.52, Seller: Wixese ... | Coconut Island | Application | Free |
| Rat On A Skateboard, v1.01, Seller: Swe... | Donut Games | Application | $0.99 |
| Art Of Glow, v1.1.0, Seller: Natenai Ariya... | Natenai Ariyatra... | Application | Free |
| Fireplace Paper Lite, v2, Seller: Room ... | Room Candy Ga... | Application | Free |
| TRUTH or DAREE~ FREE, v3, Seller: In... | Incljo Penguin L... | Application | Free |
| Burn the Rope, v1.1, Seller: Big Blue Bu... | Big Blue Bubble | Application | $0.99 |
| Tattle Rush, v1.32, Seller: Swedish Gam... | Donut Games | Application | $0.99 |
| Rainbow Wallpapers HD with Glow Effect ... | gfxapps.us | Application | $0.99 |
| Skype, v3.0, Seller: Skype Software S a ... | Skype Software ... | Application | Free |
| Skype, v3.0, Seller: Skype Software S a ... | Skype Software ... | Application | Free |
| Fruit Ninja Lite, v1.6, Seller: Halfbrick ... | Halfbrick Studios | Application | Free |
| mood finger scan, v1, Seller: Incljo Peng... | Incljo Penguin L... | Application | Free |
| X-Ray Scan Prone & Video Booth - Lite, ... | TAApps | Application | Free |
| Doodle Jump - BE WARNED: Insanely A... | Lima Sky | Application | $0.99 |
| Fruit Ninja, v1.5, Seller: Halfbrick ... | Halfbrick Studios | Application | $0.99 |
| Pocket God, v1.36, Seller: Bolt Creative ... | Bolt Creative | Application | $0.99 |
| Trace, v1.3, Seller: Noen California ... | Kevin California | Application | $0.99 |
| Buzz Wire!, v1, Seller: Incljo Penguin Li... | Incljo Penguin L... | Application | Free |
| Art N Trace, v1.1, Seller: Lexi K S ... | Freelancer | Application | Free |
| Kiki&Reggie: An American Girl ... | Patricia Rozema | Movie Rental | $2.99 |
| Happy Fat Ball, v2.1, Seller: TMSOFT | TMSOFT | Application | Free |

Subtotal: $10.91
Tax: $0.48
Credit Card Total: $11.39

( Report a Problem )        ( Done )

Copyright © 2011 Apple Inc. All rights reserved. Privacy Policy | Terms of Service | Terms of Sale

File Edit View Controls Store Advanced Help

iTunes

iPod sync is complete.
OK to disconnect.

△ Scan Connection

## Purchase History

Date: 01/18/11 08:26 AM
Order: MOA_JV7KF8
Invoice: 1340163298I4

| Item | Artist | Type | Price |
|---|---|---|---|
| Despicable Me | Chris Renard & | Movie Rental | $3.99 |
| Cover Orange, v1.2, Seller: FDG Mobile ... | FDG Entertainm... | Application | Free |
| Little Women | Louisa May Alcott | iBook | Free |
| Tap Tap, v1.1, Seller: Bayview.com | Bayview Labs | Application | Free |
| iLuminator 05-Universal Flashlight, v1... | Eric Steil | Application | Free |
| Rabbit Shooter Free, v2.3, Seller: yan z... | Hidden Sweat | Application | Free |
| Cookie Dough, v2.11, Seller: Shoe The ... | Shoe The Gross | Application | Free |
| Cake Maker - Free, v1.01, Seller: Sunstor... | Sunstorm Intera... | Application | Free |
| Pizza Maker Free, v0.01, Seller: Sunstor... | Sunstorm Intera... | Application | Free |
| Sundae Maker - Free, v1.01, Seller: Sun... | Sunstorm Intera... | Application | Free |
| Sandwich Maker - Free, v1.01, Seller: Su... | Sunstorm Intera... | Application | Free |
| Pancake Maker - Free, v1.01, Seller: Su... | Sunstorm Intera... | Application | Free |
| Much Ado about Nothing | William Shaksp... | iBook | Free |

Subtotal $3.99
Tax $0.00
Credit Card Total $3.99

Report a Problem    Done

Copyright © 2011 Apple Inc. All rights reserved | Privacy Policy | Terms of Service | Terms of Sale



## Purchase History

Date: 02/11/11 01:02 PM
Order: M0LAXY5KTT
Index: 120010001580

S Secure Connection

genevaguer-rien.com

| Item | Artist | Type | Units | Price |
|---|---|---|---|---|
| Zumba Farm, v6.04, Seller: The PigApp. | The Phytonga, L. | Application | | Free |
| Farm Story Valentine's Day, v1.5, Seller | TeamLava | Application | | Free |
| Cookie Doodle, v2.12, Seller: Shoe The | Shoe The Goose | Application | | Free |
| Slime Box Free, v2.0, Seller: Panorama L. | Panorama, Inc. | Application | | Free |
| Annoog HD - Goey Puzzle Game, v1.2... | iobow | Application | | Free |
| Stick Stunt Biker, v0.6, Seller: Robot Star... | Robot Starstrap | Application | | Free |
| Play Tennis Lite, v1.2, Seller: Daniel Par... | Nighty Cat Gam... | Application | | Free |
| Doodle Toodle, v1.02, Seller: The... | Shoe The Goose | Application | | Free |
| Doodle Tack, v1.0, Seller: Capcom Inte... | Trutt Interactive | Application | | Free |
| Zumba Cad, v1.01, Seller: Capcom Inte... | Capcom Interact | Application | | Free |
| Zumba Cad, .50 Tom, Seller: Capcom I... | Capcom Interact | In-App Purchase | 1 @ $4.99 | Free |
| Viral the Hall | Ani Laique | In-App Purchase | | $4.99 |
| Niblas Free, v12 6, Seller: Anda Marza... | Anda Miszyan | Song | | $1.25 |
| | | Application | | Free |

Subtotal: $6.28
Tax: $0.30
Credit Card Total: $6.58

Report a Problem     Done

