1  PENELOPE A. PREOVOLOS (CA SBN 87607)
   PPreovolos@mofo.com
2  STUART C. PLUNKETT (CA SBN 187971)
   SPlunkett@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone: 415.268.7000
5  Facsimile: 415.268.7522

6  Attorneys for Defendant
   APPLE INC.

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

11

12  IN RE APPLE IN-APP PURCHASE        **Master File No. 11-CV-1758-JF**
    LITIGATION,
13                                     **CLASS ACTION**

14  ─────────────────────────────       **REQUEST FOR JUDICIAL
                                        NOTICE IN SUPPORT OF APPLE
15  This Document Relates to:           INC.'S MOTION TO DISMISS
                                        PLAINTIFFS' CONSOLIDATED
16       All Actions                    CLASS ACTION COMPLAINT**

17                                      Date:      To Be Determined
                                        Time:      To Be Determined
18                                      Ctrm:      3, 5th Floor
                                        Judge:     Honorable Jeremy Fogel
19

20

21

22

23

24

25

26

27

28

**REQUEST FOR JUDICIAL NOTICE**

Pursuant to Rule 201 of the Federal Rules of Evidence, Apple Inc. ("Apple") hereby requests that the Court take judicial notice of Apple's Terms and Conditions ("T&C"), which is cited in Apple's Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint.  A true and correct copy of the T&C is attached as Exhibit A to the accompanying Declaration of Stuart C. Plunkett.

Federal Rule of Evidence 201 allows a court to take judicial notice of adjudicative facts "not subject to reasonable dispute in that [they are] . . . capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned."  It is axiomatic that under Rule 201, "documents whose contents are alleged in a complaint and whose authenticity no party questions, but which are not physically attached to the pleading, may be considered in ruling on a Rule 12(b)(6) motion to dismiss."  *Branch v. Tunnell*, 14 F.3d 449, 454 (9th Cir. 1994), *overruled on other grounds, Galbraith v. County of Santa Clara*, 307 F.3d 1119 (9th Cir. 2002); *Rubio v. Capital One Bank*, 613 F.3d 1195, 1199 (9th Cir. 2010) (taking judicial notice of credit cardholder agreement that was reference in the complaint); *Berenblat v. Apple, Inc.*, Nos. 08-4969, 09-1649, 2009 U.S. Dist. LEXIS 80734, at *2 n.3 (N.D. Cal. Aug. 21, 2009) (taking judicial notice of express warranty because it was referenced in complaint); *Hoey v. Sony Elecs. Inc.*, 515 F. Supp. 2d 1099, 1103 (N.D. Cal. 2007) (court can take judicial notice of document if complaint refers extensively to it or if it forms the basis of plaintiff's claim).

The T&C is a proper subject of judicial notice.  The Consolidated Class Action Complaint ("Compl.") refers to the T&C extensively and plaintiffs base their claims on it.  Specifically, plaintiffs allege that the customers must accept the T&C to "become an iTunes account holder and before making any purchases or downloads from Apple's iTunes Store."  (Compl. ¶ 40.) Plaintiffs "accepted and agreed" to the T&C, which they allege gives rise to their claim for breach of the implied covenant of good faith and fair dealing.  (*Id*. ¶¶ 82-83.)  Plaintiffs have thus incorporated the T&C by reference into the complaint, allowing the Court to judicially notice the thread and consider it for purposes of Apple's motion to dismiss.  *Rubio*, 613 F.3d at 1199; *Berenblat*, 2009 U.S. Dist. LEXIS 80734, *2 n.3; *Hoey*, 515 F. Supp. 2d at 1103.

1

2    Dated:  August 5, 2011                    MORRISON & FOERSTER LLP

3

4                                      By:    /s/ Stuart C. Plunkett

5                                             STUART C. PLUNKETT
                                              PENELOPE A. PREOVOLOS
6
                                              Attorneys for Defendant
7                                             APPLE INC.

8

9                        **GENERAL ORDER 45 ATTESTATION**

10          I, Kay Fitz-Patrick, am the ECF User whose ID and password are being used to file the

11   foregoing document.  In compliance with General Order 45, X.B., I hereby attest that Stuart C.

12   Plunkett has concurred in this filing.

13

14                                               /s/ Kay Fitz-Patrick
                                                 Kay Fitz-Patrick
15

16

17

18

19

20

21

22

23

24

25

26

27

28

APPLE INC.'S REQUEST FOR JUDICIAL NOTICE                                                2
MASTER FILE NO. 11-CV-1758-JF
sf-3029419