IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11-cv-1758-JF

| | |
|---|---|
| Twilah Monroe, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Apple, Inc.<br><br>Defendant. | CASE NO. 5:11-cv-2394-LHK <br><br>(Proposed)<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Roberta D. Liebenberg, whose business address and telephone number is Fine, Kaplan and Black, RPC, 1835 Market Street, 28th Floor, Philadelphia, PA 19103, 215-567-6565

and who is an active member in good standing of the bar of the Eastern District of Pennsylva having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Plaintiff,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 8/4/11

Lucy H. Koh  Jeremy Fogel
United States District Judge

RECEIVED 2011 JUN 27 P 3:52