| | |
|---|---|
| 1 | PENELOPE A. PREOVOLOS (CA SBN 87607) |
| | PPreovolos@mofo.com |
| 2 | STUART C. PLUNKETT (CA SBN 187971) |
| | SPlunkett@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 4 | San Francisco, California 94105-2482 |
| | Telephone: 415.268.7000 |
| 5 | Facsimile: 415.268.7522 |
| 6 | Attorneys for Defendant |
| | APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE APPLE IN-APP PURCHASE LITIGATION | **Master File No. 11-CV-1758-EJD** |
| | **CLASS ACTION** |
| This Document Relates to:<br><br>All Actions | **STIPULATED REQUEST FOR ORDER ENLARGING TIME TO FILE REPLY BRIEF**<br><br>Judge: Honorable Edward J. Davila |

1  Pursuant to Civil Local Rule 6-2, defendant Apple Inc. ("Apple") hereby submits this
2  Stipulated Request for Order Enlarging Time to File Reply Brief.
3  WHEREAS, on November 14, 2011, Apple filed a Motion to Stay Discovery and noticed
4  the motion for hearing on February 17, 2012;
5  WHEREAS plaintiffs' opposition to the motion was due November 28, 2011;
6  WHEREAS plaintiffs filed their opposition brief a few days early, on November 23, 2011;
7  WHEREAS Apple's reply brief is now due November 30, 2011;
8  WHEREAS the seven-day reply period generated by the filing date of the opposition
9  includes the Thanksgiving holiday;
10  WHEREAS certain attorneys for Apple are on vacation over the Thanksgiving holiday;
11  WHEREAS Apple requested that plaintiffs stipulate to extend Apple's time to file a reply
12  brief to December 5, 2011;
13  WHEREAS the Court has not previously entered an order modifying time in this action;
14  WHEREAS the parties have previously stipulated to extend Apple's time to respond to the
15  complaints in the individual action (prior to consolidation in this proceeding);
16  WHEREAS the requested time modification would not affect any schedule set by the
17  Court;
18  THEREFORE, plaintiffs and Apple stipulate that Apple's time to file its reply brief in
19  support of the motion to stay discovery should be extended to December 5, 2011.
20  IT IS SO STIPULATED.
21
22
23
24
25
26
27
28

| | | |
|---|---|---|
| 1 | Dated: November 28, 2011 | PENELOPE A. PREOVOLOS |
| 2 | | STUART C. PLUNKETT |
| | | MORRISON & FOERSTER LLP |

By:   */s/ Stuart C. Plunkett*
      STUART C. PLUNKETT

Attorneys for Defendant
APPLE INC.

Dated: November 28, 2011    MICHAEL J. BONI
JOSHUA D. SNYDER
BONI & ZACK LLC

By:   */s/ Joshua D. Snyder*
      JOSHUA D. SNYDER
Admitted Pro Hac Vice

Attorneys for Plaintiffs

### GENERAL ORDER 45 ATTESTATION

I, Kay Fitz-Patrick, am the ECF User whose ID and password are being used to file the foregoing document. In compliance with General Order 45, X.B., I hereby attest that Stuart C. Plunkett and Joshua D. Snyder have concurred in this filing.

        */s/ Kay Fitz-Patrick*
        Kay Fitz-Patrick

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: November 29, 2011

        Hon. Edward J. Davila
        United States District Judge

STIPULATED REQUEST FOR ORDER ENLARGING TIME TO FILE REPLY
MASTER FILE NO. 11-CV-1758-EJD
sf-3075401

2