1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| IN RE APPLE IN-APP PURCHASE LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 5:11-CV-01758 EJD<br><br>**CASE MANAGEMENT ORDER** |

This case is scheduled for a Case Management Conference on March 23, 2012.  Based on the parties' Joint Case Management Statement (see Docket Item No. 64), the court finds that a Case Management Conference would be premature at this time.

Accordingly, the Case Management Conference is CONTINUED to May 11, 2012.  The parties shall file a Joint Case Management Statement no later than May 1, 2012.

**IT IS SO ORDERED.**

Dated: March 21, 2012

_____
EDWARD J. DAVILA
United States District Judge

Case No. 5:11-CV-01758 EJD
CASE MANAGEMENT ORDER