IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|   |   |
|---|---|
| IN RE<br>APPLE IN-APP PURCHASE LITIGATION | CASE NO. 5:11-cv-01758 EJD<br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

_____/

Having reviewed the parties Joint Case Management Statement (see Docket Item No. 85), the court has determined that a scheduling conference is unnecessary at this time. Accordingly, the Case Management Conference scheduled for February 8, 2013, is VACATED.

Based on the parties' representation that they have reached a settlement of this action, the court has reserved a hearing date of **March 1, 2013, at 9:00 a.m.** for Plaintiff's anticipated Motion for Preliminary Approval of Class Action Settlement. Plaintiff shall file the anticipated Motion on or before **February 15, 2013.**

The motions to appear by telephone (Docket Item Nos. 86, 87) are TERMINATED AS MOOT.

**IT IS SO ORDERED.**

Dated: February 4, 2013

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:11-cv-01758 EJD
ORDER VACATING CASE MANAGEMENT CONFERENCE