# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| **IN RE APPLE IN-APP PURCHASE LITIGATION**<br><br>**This Document Relates to:**<br><br>**ALL ACTIONS** | Master File No. 11-cv-1758 EJD<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; CERTIFICATION OF SETTLEMENT CLASS; AND APPROVAL OF FORM AND CONTENT OF PROPOSED NOTICE** |

**WHEREAS**, this Court has reviewed the Settlement Agreement and Release ("Agreement") entered into by and among defendant Apple Inc. ("Apple"), Garen Megeurian, Lauren Scott, Kathleen Koffman, Heather Silversmith, and Twilah Monroe, as individuals and as "Class Representatives" (collectively the "Parties" in the above referenced "Action"), together with all exhibits thereto, the record in this case, and the arguments of counsel;

**WHEREAS**, this Court preliminarily finds, for the purposes of settlement only, that the class alleged in the Action meets all the prerequisites of Federal Rules of Civil Procedure Rule 23 for class certification, including numerosity, commonality, typicality, predominance of common issues, superiority, and that the Class Representatives and Class Counsel are adequate representatives of the Settlement Class;

**IT IS HEREBY ORDERED AS FOLLOWS**:

1.   All terms and definitions used herein have the same meanings as set forth in the Agreement.

2.   The proposed settlement set forth in the Agreement is hereby preliminarily approved as being fair, reasonable and adequate such that notice thereof should be given to

members of the Settlement Class (as defined in the following paragraph). The Action is provisionally certified as a class action, for the purposes of settlement only, pursuant to Rule 23(b)(3), which class is defined as follows:

> All United States residents who, prior to the date of the Conditional Approval Order, paid for Game Currency charged to their iTunes account by a minor without their knowledge or permission. The Settlement Class excludes Apple, any entity in which Apple has a controlling interest; Apple's directors, officers, and employees; Apple's legal representatives, successors, and assigns; and all persons who validly request exclusion from the Settlement Class.

3. Class Counsel and the Class Representatives are hereby found to be and are therefore appointed as adequate representatives of the Settlement Class: Plaintiffs Meguerian, Scott, Koffman, Silverman, and Monroe, are appointed as representatives of the proposed Settlement Class. Simon B. Paris, Esquire and Patrick Howard, Esquire of Saltz Mongeluzzi, Barrett & Bendesky, P.C., 1650 Market Street, 52nd Floor, Philadelphia, PA 19103 and Michael J. Boni, Esquire and Joshua D. Snyder, Esquire of Boni & Zack, 15 St. Asaphs Road, Bala Cynwyd, PA 19004 are appointed as Co-Lead Counsel to represent the interests of the proposed Settlement Class.

4. Certification of the Settlement Class shall be solely for settlement purposes and without prejudice to the Parties in the event that the Agreement is not finally approved by this Court or otherwise does not take effect. Certification of the Settlement Class shall be vacated and shall have no effect in the event that the Agreement is not finally approved by this Court or otherwise does not take effect.

5. The Notice of Pendency and Proposed Settlement of Class Action ("Class Notice"); the Summary Notice of Settlement ("Summary Notice"); the Postcard Notice of Settlement ("Postcard Notice"), and the Claim Form, Instructions, and Release ("Claim Form"); which are attached to the Agreement as Exhibits A-D, respectively, are hereby approved as to form.

6. A copy of the Class Notice, together with the Claim Form, shall be posted and available for download on a settlement website, www.         .com (the "Settlement Website") and

1  shall be mailed at no charge to Settlement Class Members who call a toll-free number to be
2  established at Apple's expense ("Toll-Free Number").  This information shall remain available
3  on the Internet until the last day of the Claims Period.

4     7.    Apple shall send via email an electronic copy of the Summary Notice to each
5  Settlement Class Member for whom Apple has an email address in its iTunes customer database.
6  Apple shall mail the Settlement Postcard to all Class Members for whom e- mailed notice is
7  returned as undeliverable.

8     8.    The Court finds that the forms of notice to the Settlement Class regarding the
9  pendency of the Action and of this settlement and Class Counsel's fee and expense application
10 and application for incentive award set forth above, and the methods of dissemination to
11 members of the Settlement Class in accordance with the terms of this Order, constitute the best
12 notice practicable under the circumstances and constitute valid, due, and sufficient notice to all
13 members of the Settlement Class, complying fully with the requirements of Rule 23(c)(2)(B) and
14 the United States Constitution.

15    9.    Any member of the Settlement Class who does not, in connection with the
16 settlement notices, file a valid and timely request for exclusion will be bound by the Final
17 Judgment dismissing the Action on the merits and with prejudice.

18    10.   A hearing (the "Final Hearing") shall be held by the Court on _____, ___,
19 2013, beginning at __:___ _.M., to consider and determine whether the requirements for
20 certification of the Settlement Class have been met and whether the proposed settlement of the
21 Action on the terms set forth in the Agreement should be approved as fair, reasonable, adequate,
22 and in the best interests of the Settlement Class Members; whether Class Counsel's fee and
23 expense application and application for service award, included as part of the settlement, should
24 be approved; and whether the Final Judgment approving the settlement and dismissing the
25 Action on the merits and with prejudice against the Class Representatives and all Settlement
26 Class Members should be entered. The Final Hearing may, from time to time and without further
27

notice to the Settlement Class (except those who have filed timely and valid objections and requested to speak at the fairness hearing), be continued or adjourned by Order of the Court.

11. Any Settlement Class Member who seeks to be excluded from the Settlement Class must send a request by first class mail, postmarked on or before _____, ___, 2013, to

12. Objections by any Settlement Class Member to: (A) the certification of the Settlement Class and the proposed settlement contained in the Agreement and described in the Class Notice and Summary Notice; (B) the payment of fees and expenses to Class Counsel or service awards to Plaintiff; and/or (C) entry of the Final Judgment, shall be heard and any papers submitted in support of said objections shall be considered by the Court at the Final Hearing only if, on or before _____, _____, 2013, such objector files with the Court a notice of his, her or its objections, submits documentary proof that he, she or it is a member of the Settlement Class, states the basis for such objections, and serves copies of the foregoing and all other papers in support of such objections on counsel for the Parties identified in the Class Notice. In order to be considered for hearing, all objections must be actually received by the counsel identified in the Class Notice on or before _____, ___, 2013.

13. No later than _____, ____, 2013, the Parties shall file all papers in support of the application for final approval of the settlement, the application for payment of attorneys' fees and expenses, and/or any papers in response to any valid and timely objections with the Court, and shall serve copies of such papers upon each other and upon any objectors who have complied with the provisions of paragraph 12 of this Order.

14. Settlement Class Members who wish to make a claim for either the credit or cash payment made available by the terms of the Settlement must do so by submitting a Claim Form within 180 days from the Notice Date.

15. Counsel for the Parties are hereby authorized to utilize all reasonable procedures in connection with the administration of the settlement which are not materially inconsistent with either this Order or the terms of the Agreement.

Date: _____

                                          Hon. Edward J. Davila
                                          United States District Judge