Joseph J. Tabacco, Jr. (SBN 75484)
Christopher T. Heffelfinger (SBN 118058)
Anthony D. Phillips (SBN 259688)
**BERMAN DEVALERIO**
One California Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email:  jtabacco@bermandevalerio.com
        cheffelfinger@bermandevalerio.com
        aphillips@bermandevalerio.com

*Counsel for Plaintiffs*

Simon Bahne Paris (admitted *pro hac vice*)
Patrick Howard (admitted *pro hac vice*)
**SALTZ, MONGELUZZI, BARRETT & BENDESKY, P.C.**
One Liberty Place, 52nd Floor
1650 Market Street
Philadelphia, PA 19103
Telephone: (215) 575-3986
Facsimile: (215) 496-0999
Email:  sparis@smbb.com
        phoward@smbb.com

*Proposed Co-Lead Counsel for Plaintiffs*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| IN RE APPLE IN-APP PURCHASE LITIGATION | Master File No. 11-CV-1758-EJD |
| | **CLASS ACTION** |
| This Document Relates to:<br><br>All Actions | **SUPPLEMENTAL DECLARATION OF ANTHONY D. PHILLIPS IN SUPPORT OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; CERTIFICATION OF SETTLEMENT CLASS; AND APPROVAL OF FORM AND CONTENT OF PROPOSED NOTICE**<br><br>Court:  Courtroom 4, 5th Floor<br>Judge:  Hon. Edward J. Davila |

I, Anthony D. Phillips, declare:

1.  I am an associate in the San Francisco office of the law firm Berman DeValerio and submit this supplemental declaration in support of plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement; Certification of Settlement Class; and Approval of Form and Content of Proposed Notice.

2.  I am a member in good standing of the bar of California and am admitted to practice before this Court. I have personal knowledge of the facts stated in this declaration and if called upon to testify, I could and would do so competently.

3.  On March 1, 2013 at 9:00 a.m. I attended the hearing held by this Court on plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement; Certification of Settlement Class; and Approval of Form and Content of Proposed Notice (the "Preliminary Approval Hearing"). At the Preliminary Approval Hearing, following questions raised by the Court, the parties represented that they would make certain changes to the settlement documents.

4.  In accordance with those representations, the parties have revised the settlement documents to: (a) provide a mail-in claim form option, (b) provide that the long-form notice will be sent by mail in the event of an email "bounce back," (c) provide that the long-form notice and claim form will be included on the settlement website in Spanish and English, and (d) clarify that a $5 cash option will be available in lieu of the $5 iTunes Store credit for individuals who no longer maintain a valid iTunes account.

5.  Attached hereto as Exhibit 1 is a true and correct copy of a revised Stipulation of Settlement, executed by the parties to the above-captioned action on March 8, 2013. The revised Stipulation of Settlement includes and the following revised exhibits:

- Exhibit A    Long Form Notice
- Exhibit B    Short Form Notice
- Exhibit C    Claim Form (Online Claim Form)
- Exhibit D    [Proposed] Conditional Approval Order
- Exhibit E    [Proposed] Final Order/Judgment

6. As all potential class members that cannot be reached via email will now receive the Long Form Notice, the parties have dispensed with the Settlement Postcard that accompanied the original Stipulation of Settlement as Exhibit C and have added a mail-in claim form, a true and correct copy of which is attached hereto as Exhibit 2.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on the 8th day of March, 2013 at San Francisco, California.

                       */s/ Anthony D. Phillips*
                       Anthony D. Phillips

***Additional Counsel For Plaintiffs***

Simon Bahne Paris
Patrick Howard
**SALTZ, MONGELUZZI, BARRETT & BENDESKY, P.C.**
One Liberty Place, 52nd Floor
1650 Market Street
Philadelphia, PA 19103
Telephone: (215) 575-3986
Facsimile: (215) 496-0999
Email: sparis@smbb.com
        phoward@smbb.com

Michael J. Boni
Joshua D. Snyder
**BONI & ZACK LLC**
15 St. Asaphs Road
Bala Cynwyd, PA 19004
Telephone: (610) 822-0200
Facsimile: (610) 822-0206
Email: mboni@bonizack.com
        jsnyder@bonizack.com

*Proposed Co-Lead Counsel for Plaintiffs*

Jonathan Shub
**SEEGER WEISS LLP**
1515 Market Street
Philadelphia, PA 19102
Telephone: (215) 564-2300
Facsimile: (215) 851-8029
Email: jshub@seegerweiss.com

Benjamin G. Edelman
**LAW OFFICES OF BENJAMIN EDELMAN**
27A Linnaean Street
Cambridge, MA 02138
Telephone: (617) 359-3360
Email: edelman@pobox.com

Roberta D. Liebenberg
Jeffrey S. Istvan
Gerard A. Dever
**FINE, KAPLAN AND BLACK, R.P.C.**
1835 Market Street, 28th Floor
Philadelphia, PA 19103
Telephone: (215) 567-6565
Facsimile: (215) 568-5872
Email: rliebenberg@finekaplan.com
         jistvan@finekaplan.com
         gdever@finekaplan.com

Shanon J. Carson
Sarah R. Schalman-Bergen
**BERGER & MONTAGUE, P.C.**
1622 Locust St.
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
Email: scarson@bm.net
         sschalman-bergen@bm.net

*Counsel for Plaintiffs*