**Exhibit 1**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In re Apple In-App Purchase Litigation | Case No. 5:11-CV-01758-EJD |
|---|---|
| | **STIPULATION OF SETTLEMENT** |
| This Document Relates To:<br><br>    All Actions | |

## I.  SETTLEMENT AGREEMENT AND RELEASE

This Settlement Agreement and Release ("Agreement") is made by and between:  (1) Garen Meguerian, Lauren Scott, Kathleen Koffman, Heather Silversmith, and Twilah Monroe ("Plaintiffs" or "Class Representatives"), individually and as representatives of the "Settlement Class" as defined below; and (2) Apple Inc., a California corporation ("Apple") (collectively, the "Parties"), subject to Court approval pursuant to Rule 23 of the Federal Rules of Civil Procedure.

## II.  RECITALS

WHEREAS, on or about April 11, 2011, Plaintiff Garen Meguerian filed a class action complaint against Apple in the United States District Court for the Northern District of California, San Jose Division, titled *Meguerian v. Apple, Inc.*, Case No. 11-1758 ("Meguerian Action");

WHEREAS, on or about April 22, 2011, Plaintiffs Lauren Scott, Kathleen Koffman, and Heather Silversmith filed a class action complaint against Apple in the United States District Court for

the Northern District of California, San Jose Division, titled *Scott, et al. v. Apple, Inc.*, Case No. 11-1989 ("Scott Action");

WHEREAS, on or about May 16, 2011, Plaintiff Twilah Monroe filed a class action complaint against Apple in the United States District Court for the Northern District of California, San Jose Division, titled *Monroe v. Apple, Inc.*, Case No. 11-02394 ("Monroe Action");

WHEREAS, pursuant to an order entered by the United States District Court for the Northern District of California on or about May 15, 2011, the Meguerian Action, Scott Action, and Monroe Action (collectively, the "Actions") were consolidated as one case captioned *In re Apple In-App Purchase Litigation*, Case No. C 11-1758 (hereinafter, the "Consolidated Action");

WHEREAS, Plaintiffs filed a Consolidated Class Action Complaint on June 16, 2011 (the "Complaint");

WHEREAS, Plaintiffs in the Actions and the Consolidated Action allege that minors charged Game Currency inside third-party Game Apps to iTunes accounts belonging to Settlement Class Members without the Settlement Class Members' knowledge or permission;

WHEREAS, the Complaint asserts claims for declaratory judgment, alleged violations of California's Consumer Legal Remedies Act (Cal. Civ. Code § 1750 *et seq.*) and California's Unfair Competition Law (Bus. & Prof. Code § 17200 *et seq.*), breach of duty of good faith and fair dealing, and unjust enrichment, and seek damages, reimbursement, restitution, disgorgement, attorneys' fees, and injunctive relief on behalf of a nationwide class of consumers;

WHEREAS, Apple has vigorously denied and continues to vigorously deny all of Plaintiffs' allegations in the Complaint, denies any and all wrongdoing, fault, liability or damage of any kind to Plaintiffs and the putative class, and states that it acted properly at all times and is entering this settlement to avoid costly and burdensome litigation;

WHEREAS, Class Counsel and Plaintiffs believe that the claims asserted in the Actions and the Consolidated Action possess merit, have diligently investigated the facts and law relevant to the merits of their claims, and have examined and considered that, if the claims asserted in the Complaint are not settled now by voluntary agreement among the parties, future proceedings (including appeals) would be protracted and expensive, would involve highly complex legal and factual issues relating to class

certification, liability, and damages, and would involve substantial uncertainties, delays, and other risks inherent in litigation. In light of these factors, Class Counsel and Plaintiffs have concluded that it is desirable and in the best interests of Plaintiffs and the members of the putative class to settle the claims asserted in the Complaint at this time upon the terms set forth in this Agreement, and that the settlement terms confer exceptional benefits upon the Settlement Class, particularly in light of the damages that Plaintiffs and Class Counsel believe are potentially recoverable at trial. Based on their evaluation, Plaintiffs and Class Counsel have determined that the terms and conditions of this Agreement are fair, reasonable, and in the best interests of Plaintiffs and the Settlement Class;

WHEREAS, this Agreement was reached as a result of extensive arm's-length negotiations between counsel for Plaintiffs, on the one hand, and counsel for Apple, on the other hand, occurring over several months and multiple mediation sessions with a respected mediator, the Honorable Daniel Weinstein (Ret.) of JAMS;

WHEREAS, the Parties desire to settle the Actions and the Consolidated Action in their entirety with respect to all potential claims arising out of the facts that were or could have been alleged in the complaints filed in the Meguerian Action, the Scott Action, the Monroe Action, and/or the Consolidated Action. The Parties intend this Agreement to bind Apple, Plaintiffs (both as Class Representatives and individually), and all members of the Settlement Class as defined below who do not specifically request exclusion;

**NOW THEREFORE,** in light of the foregoing, for good and valuable consideration, the Parties, and each of them, through their respective counsel, hereby warrant, represent, acknowledge, covenant, and agree, subject to approval by the Court, as follows:

### III. DEFINITIONS

As used herein, the following terms have the meanings set forth below:

A. "App" means a third-party software application that runs on iOS Devices.

B. "App Store" means a digital application distribution platform for iOS Apps, which is developed and maintained by Apple, and which allows users of iOS Devices to browse, download, and purchase Apps for use on their iOS Devices.

C. "Claims Administrator" means the settlement administrator selected by Apple, as set

forth in Section XII.B.1.

   D.     "Class Counsel" means Simon Bahne Paris and Patrick Howard of Saltz, Mongeluzzi,

Barrett & Bendesky, P.C and Michael J. Boni and Joshua D. Snyder of Boni & Zack LLC (collectively,

"Proposed Co-Lead Counsel"); Joseph J. Tabacco, Jr., Christopher T. Heffelfinger, and Anthony D.

Phillips of Berman DeValerio; Jonathan Shub of Seeger Weiss, LLP; Benjamin G. Edelman of Law

Offices of Benjamin Edelman; Roberta D. Liebenberg, Jeffrey S. Istvan, and Gerard A. Dever of Fine,

Kaplan & Black, R.P.C.; and Shanon J. Carson and Sarah R. Schalman-Bergen of Berger & Montague,

P.C.

   E.     "Class Representatives" or "Plaintiffs" means Garen Meguerian, Lauren Scott,

Kathleen Koffman, Heather Silversmith, and Twilah Monroe.

   F.     "Conditional Approval Date" shall be the date the Court has signed the Conditional

Approval Order.

   G.     "Effective Date" means the date of this Agreement, as set forth in Section XII.A.

   H.     "Game Apps" means Apps categorized by developers as games in the App Store.

   I.     "Game Currency" means any In-App Purchase in a Qualified App.

   J.     "In-App Purchase" means any purchase made inside of an App using Apple's In-App

Purchase Application Program Interface (or "API").

   K.     "iOS Device" means any mobile device manufactured by Apple that runs the iOS

operating system, including the iPhone, iPad, and iPod touch.

   L.     "iTunes Store credit" means an amount credited towards an individual's iTunes account

that can be used to purchase content (such as songs, movies, television shows, Apps, books, and other

items) available for purchase from the iTunes Store, App Store, iBookstore, or Mac App Store.

   M.     "Notice Date" means the last date of Summary Notice.

   N.     "Qualified Apps" means all Game Apps that (a) were available for download through

the App Store prior to the Conditional Approval Date, (b) offered Game Currency, and (c) have a "4+"

or "9+" or "12+" rating in the App Store.

   O.     "Qualified Game Currency Charges" means Game Currency charged to an iTunes

account belonging to a Class Member by a minor without the Class Member's knowledge or

permission.

P.     "Releasing Persons" means Plaintiffs, each Settlement Class Member, and their respective heirs, executors, administrators, representatives, agents, partners, successors, and assigns.

Q.     "Released Persons" means Apple and each of its past or present directors, officers, employees, agents, insurers, shareholders, attorneys, advisors, consultants, representatives, partners, affiliates, parents, subsidiaries, joint ventures, independent contractors, wholesalers, resellers, distributors, retailers, related companies, and divisions, and each of their predecessors, successors, heirs, and assigns.

R.     "Settlement" means the settlement described herein.

## IV.     CERTIFICATION OF SETTLEMENT CLASS

**A.     Definition of the Settlement Class**

The "Settlement Class" shall be defined as follows:

> All United States residents who, prior to **[date of Conditional Approval Order]** paid for Game Currency charged to their iTunes account by a minor without their knowledge or permission.  The Settlement Class excludes Apple, any entity in which Apple has a controlling interest; Apple's directors, officers, and employees; Apple's legal representatives, successors, and assigns; and all persons who validly request exclusion from the Settlement Class.

**B.     Stipulation Respecting Conditional Certification**

The Parties stipulate and agree that, subject to Court approval, the Settlement Class described in Section IV.A above should be conditionally certified solely for purposes of the settlement embodied in this Agreement.  If, for any reason, this Agreement is not approved by the Court, the stipulation for certification and all of the agreements contained herein shall be considered null and void and may not be referred to or used as evidence or for any other purposes whatsoever in the Actions or the Consolidated Action or any other action or proceeding.

**C.     Definition of "Class Member" and "Settlement Class Member"**

"Class Member" shall mean each member of the Settlement Class.  "Settlement Class Member" shall mean and include every Class Member who does not validly and timely request exclusion from the Settlement Class.

## V. CONSIDERATION FOR SETTLEMENT; CLAIMS PROCESS

**A. Settlement Consideration**

**1. $5 Credit Relief**

Settlement Class Members shall be entitled to receive a single iTunes Store credit (or, for any Settlement Class Member who no longer maintains an iTunes account, a cash payment of $5) in the amount of five dollars ("$5 Credit Relief"). Settlement Class Members seeking this $5 Credit Relief must follow the procedures and meet the requirements set forth in Section V.B.1. below, including filing a valid Claim Form. Settlement Class Members who elect to receive $5 Credit Relief are not entitled to any other settlement consideration under this agreement.

**2. Aggregate Relief**

As an alternative to the $5 Credit Relief, Settlement Class Members shall be entitled to receive an iTunes Store credit (or, for any Settlement Class Member who no longer maintains an iTunes account, a cash refund), in an amount equal to the aggregate total of all Qualified Game Currency Charges that were made to their iTunes accounts within a single forty-five (45) day period of the first Qualified Game Currency Charge, for which they have not previously received a refund ("Aggregate Relief"). At their election, Settlement Class Members who currently maintain an iTunes account and who are claiming Aggregate Relief totaling $30 or more may choose to receive a cash refund in lieu of an iTunes Store credit. Settlement Class Members seeking Aggregate Relief must follow the procedures and requirements set forth in Section V.B.2 below, including filing a valid Claim Form.

The Claims Administrator may include as part of Aggregate Relief Qualified Game Currency Charges that occurred after the forty-five (45) day period for Settlement Class Members who meet the procedures and requirements set forth in Section V.B.2.c below.

**B. Claims Process**

**1. Claim Form for $5 Credit Relief**

Settlement Class Members who wish to claim $5 Credit Relief pursuant to Section V.A.1 above will be required to submit a properly executed Claim Form, setting forth, among other things, the Settlement Class Member's name, address, and Apple ID. Additionally, such Settlement Class Members must attest that they: (a) paid for Qualified Game Currency Charges that a minor charged to

their iTunes account without their knowledge or permission; (b) did not knowingly enter their iTunes password to authorize any such purchases and did not give their password to the minor to make such purchases; and (c) have not already received a refund from Apple for those Qualified Game Currency Charges.

### 2. Claim Form for Aggregate Relief

#### a. Aggregate Relief Totaling Less than $30

Settlement Class Members who wish to claim Aggregate Relief totaling less than $30 pursuant to Section V.A.2 above will be required to submit a properly executed Claim Form that sets forth, among other things, the Settlement Class Member's name, address, and Apple ID. Such Settlement Class Members shall also be required to identify the Qualified App, date of purchase, and price paid for each Qualified Game Currency Charge incurred within a single forty-five (45) day period for which credit is sought, and attest that they: (a) paid for each claimed Qualified Game Currency Charge; (b) did not knowingly enter their iTunes password to authorize any such purchase and did not give their password to the minor to make such purchase; and (c) have not already received a refund from Apple for the claimed Qualified Game Currency Charges.

#### b. Aggregate Relief Totaling $30 or More

Settlement Class Members who wish to claim Aggregate Relief totaling $30 or more pursuant to Section V.A.2 above will be required to submit a properly executed Claim Form that sets forth, among other things, the Settlement Class Member's name, address, and Apple ID. Such Settlement Class Members shall also be required to identify the Qualified App, date of purchase, and price paid for each Qualified Game Currency Charge incurred within a single forty-five (45) day period for which credit is sought, and attest that they: (a) paid for each claimed Qualified Game Currency Charge; (b) did not knowingly enter their iTunes password to authorize any such purchases and did not give their password to the minor to make such purchases; and (c) have not already received a refund from Apple for the claimed Qualified Game Currency Charges. Finally, Settlement Class Members must describe briefly and under penalty of perjury the circumstances under which the minor made Qualified Game Currency Charges without their knowledge or permission.

#### c. Relief for Qualified Game Currency Purchases After the 45-Day Period

Settlement Class Members may request refunds for Qualified Game Currency Charges that occurred after the forty-five (45) day period in a claim for Aggregate Relief if they furnish an explanation of the circumstances that made it possible for a minor to make Qualified Game Currency Charges after forty-five (45) days, including specifically the circumstances that made it possible for the minor to continue to charge Game Currency after they were notified of earlier Game Currency charges through Apple emails and their credit card statement(s).

### d. Records of Settlement Class Members' In-App Purchases

Complete records of Settlement Class Members' In-App Purchases may be obtained by reviewing their purchase history in iTunes as follows: (1) selecting "View My Apple ID" from the iTunes "Store" menu, (2) entering their Apple IDs and associated password, and (3) clicking "See All" under the heading titled "Purchase History."

### C. Claims Period

To be valid, Claim Forms must be submitted within one hundred and eighty (180) days from the Notice Date ("Claims Period").

### D. Payment of Notice Costs, Costs of Administration, and Attorneys' Fees

Except as otherwise provided herein, Apple agrees to pay all costs of notice and all of the costs of administering the settlement as set forth in Sections VII and IX below.

## VI. OBTAINING COURT APPROVAL OF THE AGREEMENT

A. Upon full execution of this Agreement, the Parties shall take all necessary steps to obtain an Order from the Court substantially in the form of Exhibit D hereto (the "Conditional Approval Order"), granting conditional certification of the Settlement Class, granting preliminary approval of this Agreement, and approving the forms and methods of the notice to the Settlement Class set forth herein. The Conditional Approval Order shall further set a date for a hearing ("Final Approval Hearing") at which the Court will determine whether the requirements of certification of the Settlement Class have been met; whether the award of fees and expenses to Class Counsel should be approved; whether a service award should be paid to the Class Representatives; and whether a final judgment should be entered dismissing the Actions and the Consolidated Action on the merits and with prejudice against the Class Representatives and the Settlement Class Members.

B.     If at any point the Court does not approve this Agreement or the Effective Date does not occur, certification shall be automatically vacated and the Agreement shall terminate and be of no force or effect, unless the Parties voluntarily agree to modify this Agreement in the manner necessary to obtain Court approval.

## VII.   NOTICE AND SETTLEMENT ADMINISTRATION

The Parties agree to, and will request approval by the Court of, the following forms and methods of notice to the Settlement Class:

A.     A copy of the Notice of Pendency and Proposed Settlement of Class Action substantially in the form attached hereto as Exhibit A (the "Long Form Notice" or "Class Notice"), together with the Claim Form (including the Instructions, Claim Form and Release) substantially in the form attached hereto as Exhibit C, shall be posted in English and Spanish and available for download on a settlement website, www._____.com (the "Settlement Website"), and shall be sent by mail or by electronic mail at no charge to Class Members who call a toll-free number to the establishment at Apple's expense ("Toll-Free Number").  This information shall remain available on the Settlement Website until the last day of the Claims Period.  All costs and expenses associated with complying with this provision shall be borne exclusively by Apple.

B.     Apple shall e-mail a copy of the Summary Notice of Settlement substantially in the form attached hereto as Exhibit B ("Summary Notice") to every individual who paid for one or more purchase(s) of Game Currency prior to the date of the Conditional Approval Order.  The Summary Notice shall provide notice of the fact of the settlement and that the Class Notice and Claim Form are available on the Settlement Website or by calling the Toll-Free Number, and shall provide a direct link to the Settlement Website.  All costs and expenses associated with complying with this provision shall be borne exclusively by Apple.

C.     For any notified individuals for whom e-mailed notice is returned undeliverable and for whom the Claims Administrator is unable to update or otherwise identify a valid e-mail address, Apple shall mail a copy of the Long-Form Notice informing notified individuals of the fact of the settlement and that the Class Notice and Claim Form are available on the Settlement Website or by calling the Toll-Free Number.  All costs and expenses associated with complying with this provision shall be

borne exclusively by Apple.

D.     Apple shall be solely responsible for making all arrangements necessary to effectuate the notice set forth above and for payment of the costs and expenses of such notice.

E.     The Class Notice shall provide a procedure whereby Class Members may object or exclude themselves from the Settlement Class.  If a Settlement Class Member has objected to a class action settlement on more than three (3) occasions, the Class Member shall list all cases in which they have filed an objection.  Class Members shall have no less than forty-five (45) days following the Notice Date to object or exclude themselves, and the actual date shall be established by the Court.  (If such period ends on a weekend or holiday, Class Members shall have until the next business day.)  Any Class Member who does not timely and validly request exclusion shall be a Settlement Class Member and shall be bound by the terms of this Agreement. The Class Notice shall also provide a procedure for Class Members to appear at the hearing; and/or to be represented by counsel of their choice at their own expense.  Requests for exclusion shall be postmarked no later than twenty-five (25) days prior to the Final Hearing.  Objections shall be filed with the Court and served on counsel for the Parties (as identified in the Class Notice) no later than twenty-five (25) days prior to the Final Hearing.  Any objection shall, at a minimum, require the Class Member to provide:  (a) a detailed statement of such person's specific objections to any matters before the Court; (b) the grounds for such objections and the reasons that such person desires to appear and be heard; and (c) proof of membership in the Class, as well as all documents or writings such person desires the Court to consider.

## VIII.   PAYMENT OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES TO CLASS COUNSEL

A.     Apple agrees not to oppose an award to Class Counsel of attorneys' fees and costs in the amount of $1.3 million; and a service award of $1,500 to each Class Representative (total service awards not to exceed $7,500), all of which is to be paid by Apple (the "Fee Amount").  These amounts are in addition to and separate from all other consideration and remedies available to the Settlement Class.  Apple agrees not to object to the reasonableness of Class Counsel's attorneys' fees and expenses set forth above.

B.     Apple shall not be liable for any additional fees or expenses of Plaintiffs or any Class

Member in connection with the Actions or the Consolidated Action. Class Counsel agree that they will not seek any additional fees or costs from Apple in connection with the Actions and the Consolidated Action or the settlement of the Action and the Consolidated Action. Apple expressly agrees that it will not seek to recover its Court costs, attorneys' fees, or expenses once the Court enters a dismissal of the Action. No later than fifteen (15) banking days following the Effective Date as defined below, Apple shall pay the Fees Amount by wire transfer. Proposed Co-Lead Counsel agree to provide Apple all identification information necessary to effectuate the payment of the Fees Amount including, but not limited to, Taxpayer Identification Number(s), completed Internal Revenue Service Form W-9(s), and wire transfer information.

## IX. FINAL JUDGMENT, APPROVAL OF SETTLEMENT, AND DISMISSING CLAIMS OF SETTLEMENT CLASS MEMBERS WITH PREJUDICE; RELEASE OF CLAIMS BY SETTLEMENT CLASS MEMBERS

### A. Entry of Final Judgment

Upon the Court's approval of this Agreement and the Settlement, a judgment substantially in the form attached hereto as Exhibit E ("Judgment") shall be entered dismissing the claims of Plaintiffs and of the Settlement Class Members with prejudice.

### B. Redress of Claims

1. As of the Effective Date of this Agreement as defined below, Releasing Persons hereby fully and irrevocably release and forever discharge Released Persons from any and all liabilities, claims, cross-claims, causes of action, rights, actions, suits, debts, liens, contracts, agreements, damages, costs, attorneys' fees, losses, expenses, obligations, or demands, of any kind whatsoever, whether known or unknown, existing or potential, or suspected or unsuspected, whether raised by claim, counterclaim, setoff, or otherwise, including any known or unknown claims, which they have or may claim now or in the future to have, that were or could have been alleged or asserted against any of the Released Persons in the Actions and the Consolidated Action, including but not limited to any claim that Apple breached any obligation of good faith and fair dealing related to Qualified Game Currency Charges and/or offers; that Apple misrepresented or failed to disclose any material fact with respect to Qualified Game Currency Charges and/or offers, that any Qualified Game Currency Charge is voidable

or may be disaffirmed, or any other consumer claim relating to Qualified Game Currency Charges and/or offers ("Released Claims").

2.      Plaintiffs, on behalf of themselves and all Settlement Class Members, hereby waive any and all provisions, rights, and benefits conferred by section 1542 of the California Civil Code or any comparable statutory or common law provision of any other jurisdiction.  Section 1542 reads as follows:

> <u>Certain Claims Not Affected By General Release</u>:  A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor.

Although the releases granted under this Agreement are not general releases, Plaintiffs, on behalf of themselves and of all Settlement Class Members, nonetheless expressly acknowledge that Plaintiffs and the Settlement Class Members are waiving the protections of section 1542 and of any comparable statutory or common law provision of any other jurisdiction.

3.      As of the Effective Date, by operation of entry of judgment, the Released Persons shall be deemed to have fully released and forever discharged Plaintiffs, all other Settlement Class Members and Class Counsel from any and all claims of abuse of process, malicious prosecution, or any other claims arising out of the initiation, prosecution or resolution of the Action, including, but not limited to, claims for attorneys' fees, costs of suit or sanctions of any kind, or any claims arising out of the allocation or distribution of any of the consideration distributed pursuant to this Settlement.

4.      Notwithstanding the entry of Judgment, this Court shall retain jurisdiction of the Actions and the Consolidated Action until such time as the Court determines that the Settlement is fully consummated according to the terms and conditions of this Agreement.

# X. PLAINTIFFS' CLAIMS AND THE BENEFIT OF SETTLEMENT

A.     Before commencing these Actions and the Consolidated Action and during settlement negotiations, Class Counsel conducted a thorough examination and evaluation of the relevant law and facts to assess the merits of Plaintiffs' claims and potential claims and to determine how best to serve the interests of the Class. Further, Plaintiffs' conducted discovery and Apple provided Class Counsel with the information requested to permit them to assess the merits of their claims and potential claims and negotiate a settlement.

B.     However, Class Counsel, on behalf of the Settlement Class, have agreed to settle the Actions and the Consolidated Action pursuant to the provisions of this Agreement after considering, among other things: (a) the substantial benefits to Plaintiffs and the Settlement Class under the Settlement; (b) the risks and uncertainty of future proceedings (including appeals), which would be protected and expensive, would involve highly complex legal and factual issues relating to class certification, liability, and damages, and would involve substantial uncertainties, delays, and other risks inherent to litigation; (c) Apple's implementation of an additional password requirement and parental controls that address the concerns that led Plaintiffs to file this litigation; and (d) the desirability of consummating this Settlement to provide effective timely relief to Plaintiffs and the Settlement Class.

C.     In consideration of all of these circumstances, Class Counsel and Plaintiffs have concluded that the proposed settlement set forth in this Agreement is fair, adequate, reasonable, and in the best interests of the Settlement Class.

# XI. DEFENDANT'S DENIAL OF LIABILITY; AGREEMENT AS DEFENSE IN FUTURE PROCEEDINGS

A.     Apple has indicated its intent vigorously to contest each and every claim in the Actions and Consolidated Action, and continues vigorously to deny all of the material allegations in the Actions and Consolidated Action. Apple enters into this Agreement without in any way acknowledging any fault, liability, or wrongdoing of any kind. Apple nonetheless has concluded that it is in its best interests that the Actions and the Consolidated Action be settled on the terms and conditions set forth herein in light of the expense that would be necessary to defend the Actions and Consolidated Action,

the benefits of disposing of protracted and complex litigation, and the desire of Apple to conduct its business unhampered by the distractions of continued litigation.

B.     Neither this Agreement, nor any of its terms or provisions, nor any of the negotiations or proceedings connected with it, shall be construed as an admission or concession by Apple of the truth of any of the allegations in the Actions and the Consolidated Action, or of any liability, fault, or wrongdoing of any kind.

C.     To the extent permitted by law, neither this Agreement, nor any of its terms or provisions, nor any of the negotiations or proceedings connected with it, shall be offered as evidence or received in evidence in any pending or future civil, criminal, or administrative action or proceeding to establish any liability or admission by Apple.

D.     To the extent permitted by law, the Agreement may be pleaded as a full and complete defense to, and may be used as the basis for an injunction against, any action, suit, or other proceeding which may be instituted, prosecuted, or attempted for claims covered by the releases in this Agreement.

## XII.     ADMINISTRATIVE AND IMPLEMENTATION MATTERS

**A.     Effective Date of the Agreement**

1.     The "Effective Date" of this Agreement shall be the first day after which all of the following events and conditions of this Agreement have been met or have occurred:

a.     All of the Parties, by and through their counsel, have executed this Agreement;

b.     The Court has conditionally certified the Settlement Class, preliminarily approved the Settlement embodied in this Agreement, and provided for approved notice to the Settlement Class by entry of an order substantially in the form of Exhibit D hereto;

c.     Following the final date for Class Members to exclude themselves from the Settlement Class pursuant to Section IV.F. hereof, and no less than seven (7) days prior to the Final Hearing, Class Counsel has verified in writing that fewer than three thousand (3,000) of the Class Members have elected to exclude themselves from the Settlement Class, except that if this condition is not met, Apple shall have the option to give written notice to Class Counsel waiving this condition and stating that Apple intends to proceed with the settlement set forth in this Agreement;

d.     The Court has signed the Judgment; and

e.     The Judgment has become final ("Final") in that the time for appeal or writ has expired or, if an appeal and/or petition for review is taken and the Settlement is affirmed, the time period during which further petition for hearing, appeal, or writ of certiorari can be taken has expired. If the Judgment is set aside, materially modified, or overturned by the trial court or on appeal, and is not fully reinstated on further appeal, the Judgment shall not become "Final."

**B.     Settlement Administration; Invalid or Incomplete Claims**

1.     Apple shall, in good faith, administer the process of receiving, handling, processing, and paying claims through a third-party settlement administrator ("Claims Administrator").  Class Counsel shall have the right to submit names of proposed settlement administrators, but Apple shall have the sole discretion to select the Claims Administrator.  Class Counsel shall have the right to inquire of Apple's counsel regarding any aspect of implementation of the settlement, including but not limited to the settlement administration process and the treatment of individual Settlement Class Members' claims under Section V of this Agreement.  Class Counsel shall also receive quarterly written reports summarizing claims received and action taken thereon at Class Counsel's request.

2.     The Claims Administrator shall have the right to reject any claims deemed to be fraudulent, insufficient, or incomplete.  However, all Claimants will be given a fair and reasonable opportunity to cure any insufficient or incomplete claim submissions in order to maximize the overall benefit to the Class in accordance with Section XII.C. below.

**C.     Invalid or Incomplete Claims; Cure Period**

The Claims Administrator will mail originals or copies of Claim Forms rejected as invalid or incomplete, or a written notice of additional information required for the Claim Form to be valid ("Cure Notice"), directly to the Settlement Class Member who submitted the Claim Form. Settlement Class Members shall have a forty-five (45) day period to cure defective or incomplete claims, which shall run from the date of mailing of the original or copy of the Claim Form or Cure Notice to the Settlement Class Member.  The forty-five (45) day cure period may extend after the end of the period for submission of Claim Forms as long as the original Claim Form was timely submitted.  Settlement Class Members shall have only one opportunity to cure.

**D.  Disputed Claims**

On a quarterly basis after the commencement of claims fulfillment, the Claims Administrator will provide Class Counsel with a list of rejected Claims (including the Settlement Class Member's name, address, and telephone number and the reason for rejection), including, without limitation, any Claims rejected for failure to comply with Section V.B.2.c above.  Class Counsel shall have a reasonable opportunity to inspect originals or copies of the Claim Forms.  Counsel for the Parties will first attempt to resolve any disputes concerning rejected claims informally between themselves.  If counsel cannot reach an agreement concerning one or more claims, the claims will be submitted to the Court for determination.

## XIII.   MISCELLANEOUS PROVISIONS

**A.  Extensions of Time**

Unless otherwise ordered by the Court herein, the Parties may jointly agree to reasonable extensions of time to carry out any of the provisions of this Agreement.

**B.  Integration**

This Agreement, including all exhibits, constitutes a single, integrated written contract expressing the entire agreement of the Parties relative to the subject matter hereof.  No covenants, agreements, representations, or warranties of any kind whatsoever have been made by any Party hereto, except as provided for herein.

**C.  Governing Law**

This Agreement shall be construed in accordance with, and be governed by, the laws of the State of California, without regard to the principles thereof regarding choice of law.

**D.  Gender and Plurals**

As used in this Agreement, the masculine, feminine, or neuter gender, and the singular or plural number, shall each be deemed to include the others whenever the context so indicates.

**E.  Survival of Warranties and Representations**

The warranties and representations of this Agreement are deemed to survive the date of execution hereof.

**F. Representative Capacity**

Each person executing this Agreement in a representative capacity represents and warrants that he or she is empowered to do so.

**G. Counterparts**

This Agreement may be executed in any number of counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument, even though all Parties do not sign the same counterparts.

**H. Cooperation of Parties**

The Parties to this Agreement agree to prepare and execute all documents, to seek Court approvals, to defend Court approvals, and to do all things reasonably necessary to complete the settlement described in this Agreement.

**I. Execution Voluntary**

This Agreement is executed voluntarily by each of the Parties without any duress or undue influence on the part, or on behalf, of any of them. The Parties represent and warrant to each other that they have read and fully understand the provisions of this Agreement and have relied on the advice and representation of legal counsel of their own choosing. Each of the Parties has cooperated in the drafting and preparation of this Agreement and has been advised by counsel regarding the terms, effects, and consequences of this Agreement. Accordingly, in any construction to be made of this Agreement, this Agreement shall not be construed as having been drafted solely by any one or more of the Parties.

**J. Notices**

1. All notices from Class Members provided herein shall be sent by email to Claim Administrator at **[Address]**.

2. The notice recipients and addresses designated in Section 1 above may be changed by written notice pursuant to this Section.

3. Upon the request of any of the Parties, the Parties agree to promptly provide each other with copies of objections, requests for exclusion, or other filings received as a result of the Class Notice.

**K. Modifications and Amendment**

This Agreement may be amended or modified only by a written instrument signed by the Parties' counsel and approved by the Court.

Dated: _March 8th_, 2013

GIBSON, DUNN & CRUTCHER LLP
S. ASHLIE BERINGER

By: _____
S. Ashlie Beringer
Attorneys for Defendant
APPLE INC.

Dated: _March 8th_, 2013

SALTZ MONGELUZZI BARRETT & BENDESKY, P.C.
SIMON BAHNE PARIS

By: _____
Simon Bahne Paris
Attorneys for Plaintiffs
and for the Settlement Class

Dated: _March 8th_, 2013

BONI & ZACK LLC
Joshua D. Snyder

By: _____
Joshua D. Snyder
Attorneys for Plaintiffs
and for the Settlement Class

# EXHIBIT A

**If your iTunes account was charged for an in-app purchase made
by a minor without your knowledge or permission,
you could be entitled to benefits under a class action settlement.**

*The United States District Court, Northern District of California, authorized this notice.
This is not a solicitation from a lawyer.*

The Settlement:

- You may be entitled to settlement benefits if you are a United States resident who paid for an in-app purchase of game currency charged to your iTunes account by a minor without your knowledge or permission in one or more game apps from the App Store that are played on Apple devices such as the iPhone, iPod touch, and iPad. The Qualified Apps that are the subject of this Settlement consist of all apps in the games category with an age rating of 4+, 9+, or 12+ that offer in-app purchases of consumable game currency. For a searchable list of Qualified Apps, you can visit the settlement website, **[website]**.

- Owners of Apple devices have the option to implement parental controls that prevent minors from purchasing game currency in apps without the owner's knowledge or permission. You can learn more about these parental controls and how to activate them on your device at **[website]** and below at page 9.

- Your legal rights are affected whether you act or don't act. Please read this notice carefully.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT: | | |
|---|---|---|
| **OPTION** | **EXPLANATION** | **DEADLINE** |
| SUBMIT A CLAIM FORM | The only way to get a payment under the settlement. | [Date] |
| EXCLUDE YOURSELF | Get no payment under the settlement. This is the only option that allows you to ever be part of any other lawsuit against Apple about the claims and allegations in this case. | [Date] |
| OBJECT | Write to the Court about why you don't like the settlement. | [Date] |
| GO TO A HEARING | Ask to speak in Court about the fairness of the settlement. | [Date] |
| DO NOTHING | Get no payment under the settlement. Give up rights. | N/A |

- These rights and options—**and the deadlines to exercise them**—are explained in this notice.

- The Court in charge of this case still has to decide whether to approve the settlement. Payments will be made if the Court approves the settlement and after any appeals are resolved. Please be patient.

## WHAT THIS NOTICE CONTAINS

**BASIC INFORMATION** .............................................................................................. **PAGE 3**
    1.  Why did I get this notice package?      3
    2.  What is this lawsuit about?      3
    3.  Why is this a class action?      3
    4.  Why is there a settlement?      3

**WHO IS IN THE SETTLEMENT** ............................................................................... **PAGE 4**
    5.  How do I know if I am part of the settlement?      4
    6.  Are there exceptions to being included?      4
    7.  I'm still not sure if I am included.      4

**THE SETTLEMENT BENEFITS—WHAT YOU GET** ............................................... **PAGE 4**
    8.  What does the settlement provide?      4
    9.  What are the requirements to receive a settlement benefit?      4

**HOW YOU GET A SETTLEMENT BENEFIT—SUBMITTING A CLAIM FORM** ..................................................................................................................... **PAGE 5**
    10.  How can I get a settlement benefit?      5
    11.  When would I get my settlement benefit?      6
    12.  What am I giving up to get a settlement benefit or stay in the Class?      6

**EXCLUDING YOURSELF FROM THE SETTLEMENT** ........................................... **PAGE 6**
    13.  How do I get out of the settlement?      6
    14.  If I don't exclude myself, can I sue Apple for the same thing later?      6
    15.  If I exclude myself, can I get a settlement benefit?      6

**THE LAWYERS REPRESENTING YOU** ................................................................. **PAGE 7**
    16.  Do I have a lawyer in this case?      7
    17.  How will the lawyers be paid?      7

**OBJECTING TO THE SETTLEMENT** ..................................................................... **PAGE 7**
    18.  How do I tell the Court that I don't like the settlement?      7
    19.  What's the difference between objecting and excluding?      8

**THE COURT'S FAIRNESS HEARING** ..................................................................... **PAGE 8**
    20.  When and where will the Court decide whether to approve the settlement?      8
    21.  Do I have to come to the hearing?      8
    22.  May I speak at the hearing?      8

**IF YOU DO NOTHING** ................................................................................................ **PAGE 8**
    23.  What happens if I do nothing at all?      8

**GETTING MORE INFORMATION** .......................................................................... **PAGE 9**
    24.  Are there more details about the settlement?      9
    25.  How do I get more information?      9
    26.  How can I implement Parental Controls?      9

# BASIC INFORMATION

## 1. Why did I get this notice package?

You may be a United States resident who paid for an in-app purchase of game currency charged to your iTunes account by a minor without your knowledge or permission in one or more Qualified Apps. Qualified Apps consist of all apps from the App Store in the games category with an age rating of 4+, 9+, or 12+ that offer in-app purchases of consumable game currency. For a searchable list of Qualified Apps, you can visit the website, **[website]**.

The Court ordered this notice to be sent to you because you have a right to know about a proposed settlement of these class action lawsuits, and about your options, before the Court decides whether to approve the settlement. If the Court approves it and after any appeals are resolved, an administrator will make the payments that the settlement allows.

This package explains the lawsuits, the settlement, your legal rights, what benefits are available, who is eligible for them, and how to get them.

The Court in charge of the case is the United States District Court for the Northern District of California, and the case is known as *In re Apple In-App Purchase Litigation*, Case No. 5:11-CV-01758-EJD. The people who sued are called Plaintiffs, and the company they sued, Apple Inc., is called the Defendant.

## 2. What is this lawsuit about?

In class action lawsuits pending against Apple, Plaintiffs claimed that certain game apps from the App Store allowed minors to charge in-app purchases in Qualified Apps ("Game Currency"), such as virtual currency or other virtual content, to an iTunes account without the account holder's knowledge or permission. Apple denies all allegations and is entering into this settlement to avoid burdensome and costly litigation. The settlement is not an admission of wrongdoing.

## 3. Why is this a class action?

In a class action, one or more people, called Class Representatives (in this case Kathleen Koffman, Garen Meguerian, Twilah Monroe, Lauren Scott, and Heather Silversmith), sued on behalf of people who have alleged similar claims (called the "Class" or "Class Members"). One court resolves the issues for all Class Members, except for those who choose to exclude themselves from the Class. United States District Court Judge Edward J. Davila is in charge of this class action.

## 4. Why is there a settlement?

The Court did not decide in favor of Plaintiffs or Defendant. Instead, both sides agreed to a settlement. That way, they avoid the cost of a trial, and settlement benefits go to the Class Members. The Class Representatives and the attorneys think the settlement is best for the Class Members.

## WHO IS IN THE SETTLEMENT

To see if you are eligible for benefits, you first have to determine whether you are a Class Member.

| **5.** | **How do I know if I am part of the settlement?** |

All United States residents who prior to **[Date of the Conditional Order]** paid for an in-app purchase of Game Currency in a Qualified App charged to their iTunes account by a minor without their knowledge or permission ("Qualified Game Currency Charges").

| **6.** | **Are there exceptions to being included?** |

The Class does *not* include Apple; any entity in which Apple has a controlling interest; Apple's directors, officers, and employees; Apple's legal representatives, successors, and assigns; and all persons who validly request exclusion from the Settlement Class.

| **7.** | **I'm still not sure if I am included.** |

If you are still not sure whether you are included, you can visit the website, **[website]**.

## THE SETTLEMENT BENEFITS—WHAT YOU GET

| **8.** | **What does the settlement provide?** |

Apple will provide an iTunes Store credit or, in some cases, a cash refund, to Settlement Class Members who meet the requirements described in section 9 below. If you meet these requirements, you can choose either (i) a single $5 iTunes Store credit or (ii) an iTunes Store credit equal to the total amount of Qualified Game Currency Charges made by a minor to your iTunes account without your knowledge or permission within a single forty-five (45) day period, less any refund you received previously for those charges. A cash refund in lieu of an iTunes Store credit is available if (a) you no longer have an active iTunes account, or (b) your claims exceed $30 in total. Additional requirements for claiming charges after the forty-five (45) day period apply.

| **9.** | **What are the requirements to receive a settlement benefit?** |

To receive a settlement benefit, you will have to complete a valid Claim Form that includes, among other things, your name, address, and Apple ID. You will also have to attest that you: (a) paid for Qualified Game Currency Charges that a minor charged to your iTunes account without your knowledge or permission; (b) did not knowingly enter your iTunes password to authorize any such purchases and did not give your password to the minor to make any such purchases; and (c) did not receive a refund from Apple for those charges.

Apple will provide a single $5 iTunes Store credit if you satisfy these requirements (or a $5 cash refund if you no longer maintain an active iTunes account).

Alternatively, and in lieu of the $5 iTunes Store credit discussed above, you may elect to

receive an iTunes Store credit, or in certain cases, a cash refund, in an amount equal to the total of all Qualified Game Currency Charges that were charged to your iTunes account within a single forty-five (45) day period, and for which you have not received a refund. The additional requirements for obtaining such relief are as follows:

i. <u>Claims Totaling Under $30</u>:  You must identify on the Claim Form the name of the Qualified App, the date of purchase, and the price paid for each Qualified Game Currency Charge for which you did not receive a refund. Class Members who satisfy these requirements will receive an iTunes Store credit (or, for any Settlement Class Member who no longer maintains an iTunes account, a cash refund).

ii. <u>Claims Totaling $30 or Over</u>:  You must identify on the Claim Form the name of the Qualified App, the date of purchase, and the price paid for each Qualified Game Currency Charge for which you did not receive a refund.  In addition, you must describe in narrative form and under penalty of perjury the circumstances under which a minor charged Qualified Game Currency Charges to your iTunes account without your knowledge or permission.  If you satisfy these requirements you may elect an iTunes Store credit or a cash refund.

You may reference a list of in-app purchases charged to your account to assist you in completing the Claim Form by (1) selecting "View My Apple ID" from the iTunes "Store" menu, (2) entering your Apple ID and associated password, and (3) clicking "See All" under the heading titled "Purchase History."

<u>Claims After the Forty-Five (45) Day Period</u>:  You may request that your settlement benefit include a refund for Qualified Game Currency Charges that occurred after the forty-five (45) day period by describing briefly the circumstances that made it possible for a minor to make Qualified Game Currency Charges after forty-five (45) days, including specifically the circumstances that made it possible for the minor to continue to charge Game Currency after you were notified of earlier charges through Apple emails and your credit card statements.

## HOW YOU GET A SETTLEMENT BENEFIT—SUBMITTING A CLAIM FORM

**10.     How can I get a settlement benefit?**

To qualify for a settlement benefit, you must submit a valid Claim Form.  A link to this Claim Form, including instructions on how to make a claim, is attached to this Notice.  You can also get a Claim Form on the Internet at **[website**] or by calling **[phone]**.

You must read the instructions carefully, fill out the form as directed in the instructions, include all the information the form asks for, and electronically sign the Claim Form.  You must either (a) submit the claim for electronically at **[WEBSITE]**, or (b) mail it to **[Claims Administrator's address]**.   The Claim Form must be electronically submitted or postmarked on or before **[180 days], 2013.  If you fail to submit your Claim Form by the required date, your claim will be rejected, and you will be deemed to have waived all rights to receive any cash benefit under this settlement.**

Follow all the instructions on the Claim Form.

| 11. | When would I get my settlement benefit? |
|---|---|

The Court will hold a hearing on _____, 2013 at **[time]**, to decide whether to approve the settlement. If Judge Davila approves the settlement, there may be appeals. The appeal process can take time, perhaps more than a year. If there is no appeal, your settlement benefit will be processed promptly. Please be patient.

| 12. | What am I giving up to get a settlement benefit or stay in the Class? |
|---|---|

Unless you choose to exclude yourself, you will remain in the Class. That means that you are eligible for a settlement benefit but can't sue, continue to sue, or be part of any other lawsuit against Apple about the claims and allegations in this case. It also means that all of the Court's orders will apply to you and legally bind you.

---

### EXCLUDING YOURSELF FROM THE SETTLEMENT

---

If you don't want a payment from this settlement, but you want to keep the right to sue or continue to sue Apple, on your own, about the claims and allegations in this case, then you must take steps to get out. This is called excluding yourself—or is sometimes referred to as opting out of the Settlement Class.

| 13. | How do I get out of the settlement? |
|---|---|

To exclude yourself from the settlement, you must send a letter or e-mail saying that you want to be excluded from *In re Apple In-App Purchase Litigation*, Case No. 5:11-CV-01758-EJD. Be sure to include your name, address, telephone number, and your signature. You must mail your exclusion request postmarked no later than **[45 days]**, 2013, to:

KCC
**[Claims Administrator Address]**

If you ask to be excluded, you will not receive any settlement payment, and you cannot object to the settlement. You will not be legally bound by anything that happens in this lawsuit. You may be able to sue (or continue to sue) Apple in the future about the claims and allegations in this case.

| 14. | If I don't exclude myself, can I sue Apple for the same thing later? |
|---|---|

No. Unless you exclude yourself, you give up the right to sue Apple for the claims that this settlement resolves. You must exclude yourself from *this* Class to pursue your own lawsuit. Remember, your exclusion must be postmarked on or before **[45 days]**, 2013.

| 15. | If I exclude myself, can I get a settlement benefit? |
|---|---|

No. If you exclude yourself, you may not send in a Claim Form to ask for any benefit. But

you will not lose any right you may have to sue, continue to sue, or be part of a different lawsuit against Apple about the claims and allegations in this case.

## THE LAWYERS REPRESENTING YOU

### 16.     Do I have a lawyer in this case?

The Class is represented in this case by: Michael J. Boni and Joshua D. Snyder of Boni & Zack LLC and Simon B. Paris and Patrick Howard of Saltz Mongeluzzi Barrett & Bendesky PC who have been appointed as Co-Lead Class Counsel.  You will not be charged for these lawyers.  If you want to be represented by your own lawyer, you may hire one at your own expense.

### 17.     How will the lawyers be paid?

Co-Lead Class Counsel will ask the Court for attorneys' fees and expenses of up to $1.3 million and for stipends to Plaintiffs of up to $1,500 each.  Apple will separately pay the fees, expenses and stipends that the Court awards.  These amounts will not come out of any funds for payments to Class Members.  Apple will also separately pay the costs to administer the settlement.  A copy of Class Counsel's Notice of and Motion for Award of Attorneys' Fees, Expenses, and for Service Awards will be available on [website] after [30 days], 2013.

## OBJECTING TO THE SETTLEMENT

You can tell the Court that you don't agree with the settlement or some part of it.

### 18.     How do I tell the Court that I don't like the settlement?

If you're a Class Member, you can object to the settlement if you don't like any part of it.  You can give reasons why you think the Court should not approve it.  The Court will consider your views. To object, you must send a letter saying that you object to the settlement in *In re Apple In-App Purchase Litigation*, Case No. 5:11-CV-01758-EJD.  Be sure to include your name, address, telephone number, your signature, a detailed statement of your specific objections, the grounds for such objections, and proof of membership in the Class, as well as all documents or writings that you desire the Court to consider.  The objection and any supporting papers must be mailed to and actually received by the following two addressees no later than [DATE]:

| *COURT* | *CLAIMS ADMINISTRATOR* |
|---|---|
| Clerk of the Court<br>United States District Court for the<br>Northern District of California<br>San Jose Division<br>280 South 1st Street<br>San Jose, CA 95113 | KCC<br><br>**[Claims Administrator's Address]** |

| **19.** | **What's the difference between objecting and excluding?** |

Objecting is simply telling the Court that you don't like something about the settlement. You can object only if you stay in the Class. Excluding yourself is telling the Court that you don't want to be part of the Class. If you exclude yourself, you have no basis to object, because the case no longer affects you.

## THE COURT'S FAIRNESS HEARING

The Court will hold a hearing to decide whether to approve the settlement. You may attend, and you may ask to speak, but you don't have to.

| **20.** | **When and where will the Court decide whether to approve the settlement?** |

The Court will hold a Fairness Hearing at **[time]** on _____, 2013, at the United States District Court for the Northern District of California, San Jose Division, Courtroom **[X]** (**[X]** Floor) located at 280 South 1st Street, San Jose, California 95113. At this hearing the Court will consider whether the settlement is fair, reasonable, and adequate. If there are objections, the Court will consider them. Judge Davila will listen to people who have asked to speak at the hearing. The Court may also consider how much to award Class Counsel and the amount of the service awards for Plaintiffs. After the hearing, the Court will decide whether to approve the settlement. We do not know how long these decisions will take. The date of the Fairness Hearing can change without further notice. Please check the Settlement website for further updates.

| **21.** | **Do I have to come to the hearing?** |

No. Co-Lead Class Counsel will answer questions Judge Davila may have. But you are welcome to come at your own expense. If you send an objection, you don't have to come to Court to talk about it. As long as your written objection was received on time, the Court will consider it. You may also pay your own lawyer to attend, but it's not necessary.

| **22.** | **May I speak at the hearing?** |

You may ask the Court for permission to speak at the Fairness Hearing. To do so, you must send a letter saying that you intend to appear and speak at the Fairness Hearing in "In re Apple In-App Purchase Litigation, Case No. 5:11-CV-01758-EJD." Be sure to include the case name and number, your name, address, telephone number, and your signature. Your letter of intent to appear and speak must be received by the Clerk of the Court and the Claims Administrator, at the two addresses in question 18, no later than _____, 2013. You cannot speak at the hearing if you excluded yourself from the Class.

## IF YOU DO NOTHING

| **23.** | **What happens if I do nothing at all?** |

If you do nothing, you will be part of the Settlement Class. You will not receive a settlement benefit from the settlement unless you file a valid and timely Claim Form. You

won't be able to start a lawsuit, continue with a lawsuit, or be part of any other lawsuit against Apple about the claims in this case.

## GETTING MORE INFORMATION

| **24.** | **Are there more details about the settlement?** |
| --- | --- |

This notice summarizes the proposed settlement. More details are in a Settlement Agreement. Copies of the Settlement Agreement and the pleadings and other documents relating to the case are on file at the United States District Court for the Northern District of California, San Jose Division, and may be examined and copied at any time during regular office hours at the Office of the Clerk, 280 South 1st Street, San Jose, California 95113. The Settlement Agreement and other important documents are also available on the Settlement website at **[website]**.

| **25.** | **How do I get more information?** |
| --- | --- |

You can visit the settlement website at **[website]**, where you will find answers to common questions about the settlement, a Claim Form, plus other information.

| **26.** | **How can I implement Parental Controls?** |
| --- | --- |

Apple provides iOS device owners with the option to implement parental controls that prevent a minor from charging in-app purchases to an iTunes accounts without the knowledge or permission of the account holder. Class Members can learn more about these parental controls at **[website]**.

**Questions may not be directed to the Court.**

Date:  March __, 2013

# EXHIBIT B

# If your iTunes account was charged for an in-app purchase made by a minor in a game app without your knowledge or permission, you could be entitled to benefits under a class action settlement.

The parties have reached a settlement in a consolidated class action lawsuit against Apple Inc. ("Apple") regarding in-app purchases of game currency charged by minors to an iTunes account without the account holder's knowledge or permission. If the settlement is court-approved, your rights may be affected. The United States District Court for the Northern District of California authorized this notice. The Court will have a hearing to consider whether to approve the settlement so that the benefits may be paid. This summary provides basic information about the settlement.

## WHAT'S THIS ABOUT?

In a consolidated class action lawsuit pending against Apple, Plaintiffs alleged that certain iOS applications ("Apps") distributed through the App Store allowed minors to charge iTunes accounts for in-app purchases of game currency without the account holders' knowledge or permission. Apple denies all allegations and is entering into this settlement to avoid burdensome and costly litigation. The settlement is not an admission of wrongdoing.

## WHO'S AFFECTED?

You're a "Class Member" if you're a United States resident who paid for an in-app purchase of game currency charged to your iTunes account by a minor without your knowledge or permission in a Qualified App. For a searchable list of Qualified Apps and the full definition of "Game Currency," please go to **[website]**. Qualified Apps consist of all apps in the games category with a minimum age rating of 4+, 9+, or 12+ that offer in-app purchases of game currency.

## WHAT BENEFIT CAN YOU GET FROM THE SETTLEMENT?

You may choose between (a) a single $5 iTunes Store credit or (b) a credit equal to the total amount of Game Currency that a minor charged to your iTunes account without your knowledge or permission within a single forty-five (45) day period, less any refund you previously received ("Aggregate Relief"). A cash refund in lieu of an iTunes Store credit is available if (a) you no longer have an active iTunes account, or (b) your claims exceed $30 in total. Additional requirements for claiming charges after the forty-five (45) day period apply. You must complete a valid Claim Form to receive settlement benefits.

The Claim Form will require you to attest that you: (a) paid for Game Currency charges in Qualified Apps charged to your iTunes account by a minor without your knowledge or permission; (b) did not knowingly enter your iTunes password to authorize any such purchase(s) and did not give your password to the minor to make any such purchase(s); and (c) have not

received a refund from Apple for those charges. In addition, if you choose Aggregate Relief, the Claim Form will require you to identify the Qualified App, date of purchase, and price paid for each claimed charge. If you claim Aggregate Relief in excess of $30, you will also need to describe the circumstances under which a minor charged Game Currency to your iTunes account without your knowledge or permission.

You may obtain a list of all in-app purchases, including Game Currency purchases, charged to your account by (1) selecting "View My Apple ID" from the iTunes "Store" menu, (2) entering their Apple ID and associated password, and (3) clicking "See All" under the heading titled "Purchase History."

### WHO IS ELIGIBLE FOR CASH REFUNDS?

Cash refunds will be available to Class Members who no longer maintain iTunes accounts or whose total Aggregate Relief claims exceed $30.

### HOW DO YOU GET A PAYMENT?

A detailed notice and Claim Form package contains everything you need and is available at **[website]**. You can also obtain a Claim Form package by calling **[phone]**.

### WHAT ARE YOUR OPTIONS AND WHAT ARE THE DEADLINES?

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT: | | |
|---|---|---|
| **OPTION** | **EXPLANATION** | **DEADLINE** |
| SUBMIT A CLAIM FORM | The only way to get a payment under the settlement. | [Date] |
| EXCLUDE YOURSELF | Get no payment under the settlement. This is the only option that allows you to ever be part of any other lawsuit against Apple about the claims and allegations in this case. | [Date] |
| OBJECT | Write to the Court about why you don't like the settlement. | [Date] |
| GO TO A HEARING | Ask to speak in Court about the fairness of the settlement. | [Date] |
| DO NOTHING | Get no payment under the settlement. Give up rights. | N/A |

Please read the full notice, which is available at www._____.com, and decide whether you wish to make a claim.

To claim a settlement benefit, you must submit a valid Claim Form on or before [180 days], 2013. **If you do not claim a settlement benefit within this time period, you will lose your right to obtain this benefit.**

 If you don't want to make a claim and you don't want to be legally bound by the settlement, you must postmark your request to exclude yourself by [date], or you won't be able to sue, or continue to sue, Apple about the legal claims and allegations in this case. If you exclude yourself, you will not be eligible to receive a payment from this settlement.

If you stay in the Class, you may object to the settlement. Objections must be received by **[date]**. The detailed notice describes how to exclude yourself or object. The Court will hold a hearing in this case (*In re Apple In-App Purchase Litigation*, Case No. 5:11-CV-01758-EJD) on [date] at [time] to consider whether to approve (1) the settlement and (2) attorneys' fees and expenses of up to $1.3 million for Class Counsel, and service awards to each of the five Plaintiffs of up to $1,500 each. You may appear at the hearing, but you don't have to.

FOR MORE INFORMATION ABOUT THE SETTLEMENT

To obtain a full notice and claim form, go to www._____.com or call toll free 1-888-_____. For more details, go to www._____.com or write to Boni & Zack LLP, Attn: Michael J. Boni, 15 St. Asaphs Road, Bala Cynwyd, PA 19004; or Saltz Mongeluzzi Barrett & Bendesky, P.C., Attn: Simon B. Paris, 1650 Market Street, Floor 51, Philadelphia, PA 19103.

FOR MORE INFORMATION ABOUT APPLE PARENTAL CONTROLS

Apple provides owners of iOS devices such as the iPhone, iPad and iPod touch with the option to implement parental controls which prevent minors from charging in-app purchases to an iTunes account without the knowledge or permission of the account holder. You can learn more about these parental controls at **[website]**.

FOR SPANISH-LANGUAGE INFORMATION ABOUT THE SETTLEMENT

[In Spanish: Please go to **[website]** for a Spanish-language copy of this notice and other important documents and information.]

BY ORDER OF THE U.S. DISTRICT COURT

# EXHIBIT C

## Apple In-App Purchase Litigation Settlement

## Instructions

1. **Important.** Please read these instructions carefully. For more information about the Settlement, please visit [**link to full notice**]. If you need assistance completing this Claim Form, you may call **[toll free number for claims administrator]**.

2. **Deadline.** Claim Forms must be submitted **by 9:00 p.m. Pacific on [DATE]**.

3. **How to Access the Claim Form.** After reading these Instructions, click the "Continue to Claim Form" button at the bottom of this page to begin filling out your Claim Form online.

4. **Eligibility.** You are eligible to receive a settlement benefit (an iTunes Store credit or, in certain cases, a cash refund) if you are a United States resident and:

   - Prior to **[date]**, you paid for an in-app purchase charged to your iTunes account by a minor without your knowledge or permission; and

   - That charge was made in a Qualified App (please see below for an explanation of "Qualified App"), and you have not previously received a refund from Apple for that charge.

   In order to receive an iTunes Store credit or cash refund, you must fill out and submit a valid Claim Form by **9:00 p.m. Pacific on [DATE]**.

5. **Qualified Apps.** A searchable list of Qualified Apps can be found here: **www.____.com/XXX**. Qualified Apps consist of all apps that were available for download from the App Store at any time prior to **[DATE]** in the games category, have a minimum age rating of 4+, 9+, or 12+, and offered in-app purchases of consumable game currency. Any in-app purchase made in a Qualified App is considered "game currency" for purposes of filling out this Claim Form.

6. **Settlement Benefits and Requirements.** Apple will provide a single $5 iTunes Store credit if (a) you meet the requirements described in number 4 above, (b) you affirm that you did not knowingly enter your iTunes password to authorize a minor to charge the claimed game currency purchase(s) to your iTunes account and that you did not give your password to the minor to make such purchase(s), and (c) you submit a valid claim form prior to **9:00 p.m. Pacific on [DATE]**. A $5 cash refund will be provided if you no longer have an active iTunes account.

   Alternatively (and in lieu of the single $5 iTunes Store credit discussed above), you may elect to receive an iTunes Store credit or, in certain cases, a cash refund, in an amount equal to the total of all in-app purchases of game currency made by a minor within a single forty-five (45) day period without your knowledge or permission in one or more Qualified Apps, as long as you have not already received a refund from Apple for the charges you list on the Claim Form. In addition to the requirements set forth in the paragraph above, to receive such relief, you must:

   - For Claims Totaling Under $30: Identify the name of the Qualified App, the date of purchase, and the purchase price for each charge made without your knowledge or permission.

   - For Claims Totaling Over $30: Identify the name of the Qualified App, the date of purchase, and the purchase price for each charge made without your knowledge or permission. In addition, you must describe the circumstances by which the minor made those charges to your iTunes account.

   Cash Refunds: You may elect a cash refund instead of an iTunes Store credit if you no longer have an active iTunes account or if your claims exceed $30 in total.

<u>Exception to the Forty-Five Day Period</u>:  You may request that your settlement benefit include a refund for Qualified Game Currency Charges that occurred after the forty-five (45) day period by describing briefly the circumstances that made it possible for a minor to make Qualified Game Currency Charges after forty-five (45) days, including specifically the circumstances that made it possible for the minor to continue to charge game currency after you were notified of earlier charges through Apple emails and your credit card statement(s).

7.  **Identifying in-app purchases charged to your account.**  You may obtain a list of all in-app purchases charged to your account by (1) selecting "View My Apple ID" from the iTunes "Store" menu, (2) entering your Apple ID and associated password, and (3) clicking "See All" under the heading titled "Purchase History."

8.  **Submitting claims for more than one iTunes Account.**  You must complete and submit a separate Claim Form for each iTunes account for which you are making a claim.  There will be only one iTunes credit or cash payment per iTunes account (as identified by the account's unique Apple ID).

9.  **Your information is subject to verification but will be confidential.**  The Settlement Administrator or Apple may verify the information you provide on the Claim Form for purposes of validating and/or paying your claim, but will treat the information as confidential and will not use it for any purpose other than validating and/or paying your claim.  The Settlement Administrator may reject your Claim Form if you provide incomplete or inaccurate information.  Please fill out all required information on the Claim Form completely and accurately.

10.  **Apple ID.**  The Claim Form requires you to provide your Apple ID, as well as the name and address associated with your iTunes Account.  **The Settlement Administrator must have your Apple ID in order to pay your claim.  For help finding your Apple ID, see the links below.  If you cannot find your Apple ID using the links below, the other information that you provide will be used by Apple and the Settlement Administrator to try to find your Apple ID.  If your Apple ID cannot be found, your claim cannot be paid**.

How to find the Apple ID?  <u>Click Here</u>

11.  **Submit, Print and Save.**  After you fill out your Claim Form, you will be prompted to click a "Submit Your Claim Form" button.  After you submit your Claim Form, please print and save a copy of your Claim Form for your records.

**Remember:**  To be valid, your Claim Form must be completely and accurately filled out, must include <u>all</u> required information, and must be submitted by **9:00 p.m. Pacific on [DATE]**.  Late claims will be denied.

**Please click the "Continue to Claim Form" button to begin filling out your Claim Form online.**

**Continue to Claim Form**

**Apple In-App Purchase Litigation Settlement**

**CLAIM FORM**

**Remember:** To be valid, your Claim Form must be completely and accurately filled out, must include <u>all</u> required information, and **must be submitted by 9:00 p.m. Pacific on [DATE]**. Late claims will be denied.

**Claimant Information** (* indicates required information)**:**

**The information you provide will be treated as confidential and used for the purpose of this settlement only. Any payment provided in response to your claim will be issued to the name and mailing address you provide on this Claim Form.**

| * First name | * Last name |

| In care of | [this is needed if a company name is entered above]

| *Mailing Address 1 | *Mailing Address 2 |

| *City | *St | *Zip Code |

| * Apple ID | ☐ Check if your iTunes account is no longer active.

Entering an email address is optional; however, if you provide a current email address, it will facilitate the Settlement Administrator's ability to contact you about your claim if necessary:

| Email Address (optional) |

**Confirmations:**

☐ Attest that the following statements are true by checking the box to the left:

1. I paid for game currency that a minor charged to my iTunes account in one or more Qualified Apps without my knowledge or permission;

2. I did not knowingly enter my iTunes password to authorize any such purchase(s), and I did not give my password to the minor to make any such purchase(s); ***AND***

3. I have not already received a refund from Apple for these charges.

**Settlement Benefit:**

Select whether you wish to receive (a) a single $5 iTunes Store credit or (b) an iTunes Store credit or cash refund (if eligible) equal to the total amount of game currency charged to your iTunes account by a minor without your knowledge or permission within a single forty-five (45) day period, less any refund that you have previously received for such charges ("Itemized Refund"). **If you choose an Itemized Refund, you will need to identify the name of the Qualified App, purchase date, and amount you paid for each game currency purchase charged to your iTunes account by a minor without your knowledge or permission. Cash refunds will be made to individuals who no longer have an active iTunes Store account.**

☐ $5 iTunes Store credit

☐ Itemized Refund

NEXT PAGE →

**Signature & Date:**

You <u>must</u> sign this Claim Form by clicking on the box below and entering today's date.

☐     By checking this box, I attest, to the best of my recollection, knowledge, and belief, that the information that I have input above is true and correct.  I understand that my claim is subject to audit, review and validation using all available information.

     **\* Date:** [MM] [DD] [YYYY]     [This might be a date field in the actual website]

     **To file your claim, be sure to click on the Submit Claim Form button below.**

**<span style="color:red">REMINDERS</span>**

**Your Claim Form must be submitted by 9:00 p.m. Pacific on [DATE].  Late claims will be denied.**

**All information provided on this Claim Form is subject to verification.**

After you click Submit Claim Form, you will be able to print and save a copy of this Claim Form for your records.

| Submit Claim Form |
| :---: |

<span style="color:red">[NOTE:  This page will be used only for individuals who select the $5 iTunes Store credit option.]</span>

## Identification of Qualified Charges

For each game currency purchase made by a minor in a Qualified App without your knowledge or permission within a single forty-five (45) day period, identify (a) the name of the Qualified App, (b) the amount you paid, and (c) the date of purchase. **Only include game currency purchases for which you have not already received a refund from Apple.**

| *Name of Qualified App | *Date of | *Amount of Purchase |
|---|---|---|
| *Name of Qualified App | *Date of | *Amount of Purchase |
| *Name of Qualified App | *Date of | *Amount of Purchase |
| *Name of Qualified App | *Date of | *Amount of Purchase |
| *Name of Qualified App | *Date of | *Amount of Purchase |

## Request for Claims After a 45-Day Period:

☐ If you would like the Claim Administrator to consider refunding game currency charges made by a minor to your iTunes account in Qualified Apps after a forty-five (45) day period, check the box to the left. In addition, briefly describe the circumstances that made it possible for a minor to make Qualified Game Currency Charges after forty-five (45) days, including specifically the circumstances that made it possible for the minor to continue to charge game currency after you were notified of earlier charges through Apple emails and your credit card statements.

**SIGNATURE & DATE:**
You <u>must</u> sign this Claim Form by clicking on the box below and entering today's date.

☐    By checking this box, I attest, to the best of my recollection, knowledge, and belief, that the information that I have input above is true and correct.

**\* Date:** [ MM ]  [ DD ]  [ YYYY ]      [This might be a date field in the actual website]

**To file your claim, be sure to click on the Submit Claim Form button below.**

**REMINDERS**

**Your Claim Form must be submitted by 9:00 p.m. Pacific on [DATE].  Late claims will be denied.**

**All information provided on this Claim Form is subject to verification.**

After you click Submit Claim Form, you will be able to print and save a copy of this Claim Form for your records.

| Submit Claim Form |
|---|

[NOTE:  This signature page will be used for Itemized Refund under $30.]

NEXT PAGE →

**DESCRIPTION OF CIRCUMSTANCES SURROUNDING PURCHASES:**

Describe, under penalty of perjury, the circumstances by which a minor charged the game currency purchases identified above to your iTunes account without your knowledge or permission.

---

**FORM OF PAYMENT:**

Select whether you wish to receive your settlement benefit as an iTunes Store credit or as a cash refund.

☐ iTunes Store credit

☐ Cash Refund

**SIGNATURE & DATE:**
You <u>must</u> sign this Claim Form by clicking on the box below and entering today's date.

☐ By checking this box, I attest, to the best of my recollection, knowledge, and belief, that the information that I have input above is true and correct. I understand that my claim is subject to audit, review and validation using all available information.

**\* Date:** [MM] [DD] [YYYY]     [This might be a date field in the actual website]

**To file your claim, be sure to click on the Submit Claim Form button below.**

**REMINDERS**

**Your Claim Form must be submitted by 9:00 p.m. Pacific on [DATE]. Late claims will be denied.**

**All information provided on this Claim Form is subject to verification.**

After you click Submit Claim Form, you will be able to print and save a copy of this Claim Form for your records.

| Submit Claim Form |
| :---: |

[NOTE: This signature page will be used Itemized Refund claims over $30.]

## Apple In-App Purchase Litigation Settlement

## Please View and Print a Receipt of Your Claim Form

Your Claim Number is <<ClaimID>>.  Please retain this number for your records.

To view a printable copy of your Claim Form formatted as a PDF file, please click on the button below:



For more information about the settlement and the claims filing process, please review the Class Notice

Click here to return to the Home Page.

---

This document will be formatted as a PDF file, and requires the Adobe Acrobat Reader software to be on your system.
If your system does not have this software, click on the icon below to download it, at no charge:



# EXHIBIT D

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| **IN RE APPLE IN-APP PURCHASE LITIGATION** | Master File No. 11-cv-1758 EJD |
| | **CLASS ACTION** |
| | **[PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; CERTIFICATION OF SETTLEMENT CLASS; AND APPROVAL OF FORM AND CONTENT OF PROPOSED NOTICE** |
| **This Document Relates to:** | |
| **ALL ACTIONS** | |

**WHEREAS**, this Court has reviewed the Settlement Agreement and Release ("Agreement") entered into by and among defendant Apple Inc. ("Apple"), Garen Meguerian, Lauren Scott, Kathleen Koffman, Heather Silversmith, and Twilah Monroe, as individuals and as "Class Representatives" (collectively the "Parties" in the above referenced "Action"), together with all exhibits thereto, the record in this case, and the arguments of counsel;

**WHEREAS**, this Court preliminarily finds, for the purposes of settlement only, that the class alleged in the Action meets all the prerequisites of Federal Rules of Civil Procedure Rule 23 for class certification, including numerosity, commonality, typicality, predominance of common issues, superiority, and that the Class Representatives and Class Counsel are adequate representatives of the Settlement Class;

**IT IS HEREBY ORDERED AS FOLLOWS**:

1. All terms and definitions used herein have the same meanings as set forth in the Agreement.

2. The proposed settlement set forth in the Agreement is hereby preliminarily approved as being fair, reasonable and adequate such that notice thereof should be given to

members of the Settlement Class (as defined in the following paragraph). The Action is

provisionally certified as a class action, for the purposes of settlement only, pursuant to Rule

23(b)(3), which class is defined as follows:

> All United States residents who, prior to the date of the Conditional Approval
> Order, paid for Game Currency charged to their iTunes account by a minor
> without their knowledge or permission. The Settlement Class excludes Apple,
> any entity in which Apple has a controlling interest; Apple's directors, officers,
> and employees; Apple's legal representatives, successors, and assigns; and all
> persons who validly request exclusion from the Settlement Class.

3.      Class Counsel and the Class Representatives are hereby found to be and are

therefore appointed as adequate representatives of the Settlement Class: Plaintiffs Meguerian,

Scott, Koffman, Silversmith, and Monroe, are appointed as representatives of the proposed

Settlement Class.  Simon B. Paris, Esquire and Patrick Howard, Esquire of Saltz Mongeluzzi,

Barrett & Bendesky, P.C., 1650 Market Street, 52nd Floor, Philadelphia, PA 19103 and Michael

J. Boni, Esquire and Joshua D. Snyder, Esquire of Boni & Zack, 15 St. Asaphs Road, Bala

Cynwyd, PA 19004 are appointed as Co-Lead Counsel to represent the interests of the proposed

Settlement Class.

4.      Certification of the Settlement Class shall be solely for settlement purposes and

without prejudice to the Parties in the event that the Agreement is not finally approved by this

Court or otherwise does not take effect. Certification of the Settlement Class shall be vacated and

shall have no effect in the event that the Agreement is not finally approved by this Court or

otherwise does not take effect.

5.      The Notice of Pendency and Proposed Settlement of Class Action ("Class

Notice"); the Summary Notice of Settlement ("Summary Notice"); and the Claim Form,

Instructions, and Release ("Claim Form"); which are attached to the Agreement as Exhibits A-C,

respectively, are hereby approved as to form.

6.       A copy of the Class Notice, together with the Claim Form, shall be posted and

available for download on a settlement website, www.          .com (the "Settlement Website") and

shall be mailed at no charge to Settlement Class Members who call a toll-free number to be

established at Apple's expense ("Toll-Free Number"). This information shall remain available on the Internet until the last day of the Claims Period.

7.      Apple shall send via email an electronic copy of the Summary Notice to each Settlement Class Member for whom Apple has an email address in its iTunes customer database. Apple shall mail the Class Notice to all Class Members for whom e- mailed notice is returned as undeliverable.

8.      The Court finds that the forms of notice to the Settlement Class regarding the pendency of the Action and of this settlement and Class Counsel's fee and expense application and application for incentive award set forth above, and the methods of dissemination to members of the Settlement Class in accordance with the terms of this Order, constitute the best notice practicable under the circumstances and constitute valid, due, and sufficient notice to all members of the Settlement Class, complying fully with the requirements of Rule 23(c)(2)(B) and the United States Constitution.

9.      Any member of the Settlement Class who does not, in connection with the settlement notices, file a valid and timely request for exclusion will be bound by the Final Judgment dismissing the Action on the merits and with prejudice.

10.     A hearing (the "Final Hearing") shall be held by the Court on _____, ___, 2013, beginning at __:___ _.M., to consider and determine whether the requirements for certification of the Settlement Class have been met and whether the proposed settlement of the Action on the terms set forth in the Agreement should be approved as fair, reasonable, adequate, and in the best interests of the Settlement Class Members; whether Class Counsel's fee and expense application and application for service award, included as part of the settlement, should be approved; and whether the Final Judgment approving the settlement and dismissing the Action on the merits and with prejudice against the Class Representatives and all Settlement Class Members should be entered. The Final Hearing may, from time to time and without further notice to the Settlement Class (except those who have filed timely and valid objections and requested to speak at the fairness hearing), be continued or adjourned by Order of the Court.

11.     Any Settlement Class Member who seeks to be excluded from the Settlement Class must send a request by first class mail, postmarked on or before _____, ___, 2013, to

12.     Objections by any Settlement Class Member to: (A) the certification of the Settlement Class and the proposed settlement contained in the Agreement and described in the Class Notice and Summary Notice; (B) the payment of fees and expenses to Class Counsel or service awards to Plaintiff; and/or (C) entry of the Final Judgment, shall be heard and any papers submitted in support of said objections shall be considered by the Court at the Final Hearing only if, on or before _____, _____, 2013, such objector files with the Court a notice of his, her or its objections, submits documentary proof that he, she or it is a member of the Settlement Class, states the basis for such objections, and serves copies of the foregoing and all other papers in support of such objections on counsel for the Parties identified in the Class Notice. In order to be considered for hearing, all objections must be actually received by the counsel identified in the Class Notice on or before _____, ___, 2013.

13.     No later than_____, ____, 2013, the Parties shall file all papers in support of the application for final approval of the settlement, the application for payment of attorneys' fees and expenses, and/or any papers in response to any valid and timely objections with the Court, and shall serve copies of such papers upon each other and upon any objectors who have complied with the provisions of paragraph 12 of this Order.

14.     Settlement Class Members who wish to make a claim for either the credit or cash payment made available by the terms of the Settlement must do so by submitting a Claim Form within 180 days from the Notice Date.

15.     Counsel for the Parties are hereby authorized to utilize all reasonable procedures in connection with the administration of the settlement which are not materially inconsistent with either this Order or the terms of the Agreement.

Date: _____

_____
Hon. Edward J. Davila
United States District Judge

# EXHIBIT E

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

**IN RE APPLE IN-APP PURCHASE LITIGATION**

This Document Relates to:

**ALL ACTIONS**

Master File No. 11-cv-1758 EJD

**CLASS ACTION**

**[PROPOSED] FINAL JUDGMENT & ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT; AWARD OF ATTORNEYS' FEES, COSTS AND SERVICE AWARDS TO CLASS REPRESENTATIVES**

This matter came on for hearing on _____, 2013 at _____. The Court has considered the Settlement Agreement and Release ("Agreement"), oral and/or written objections and comments received regarding the proposed settlement, the record in the Action and the arguments and authorities of counsel. Good cause appearing,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS**:

1. The Court, for purposes of this Final Judgment and Order Approving Settlement and Dismissing Claims of Settlement Class Members With Prejudice ("Judgment"), adopts the terms and definitions set forth in the Agreement.

2. The Court has jurisdiction over the subject matter of the Action, the Class Representatives, the Settlement Class Members, and defendant Apple Inc. ("Apple").

3. The Court finds that the notice to the Settlement Class of the pendency of the Action and of this settlement, as provided by the Agreement and by an Order of this Court, constituted the best notice practicable under the circumstances to all persons and entities within the definition of the Settlement Class, and fully complied with the requirements of Federal Rules of Civil Procedure Rule 23 and due process.

4.      The Court approves the settlement as set forth in the Agreement and finds that the settlement is in all respects fair, reasonable, and adequate to the Settlement Class Members.

5.      Pursuant to Rule 23(c), the Settlement Class as finally certified shall be defined as follows:

> All United States residents who, prior to the date of the Conditional Approval Order, paid for Game Currency charged to their iTunes account by a minor without their knowledge or permission.  The Settlement Class excludes Apple, any entity in which Apple has a controlling interest; Apple's legal representatives, successors, and assigns; and all persons who validly request exclusion from the Settlement Class.

6.      Consummation of the Settlement shall proceed as described in the Settlement Agreement, and the Court hereby reserves jurisdiction over the subject matter and as to each party to the Settlement Agreement with respect to the interpretation and implementation of the Settlement Agreement for all purposes, including enforcement of any of the terms thereof at the instance of any party and resolution of any disputes that may arise relating in any way to, or arising from, the implementation of the Settlement Agreement or the implementation of this Order.

7.      The Court adjudges that the payment of attorneys' fees and expenses in the total amount of _____ to Class Counsel and the payment of a service award to the Class Representatives in the amount of _____ to each is fair, reasonable and adequate, and approves the payment of said attorneys' fees and costs to Class Counsel and said service awards to Plaintiffs Meguerian, Scott, Koffman, Silverman, and Monroe pursuant to the terms of the Agreement. Plaintiffs' Co-Lead Counsel shall distribute service awards above to each of the Class Representatives and shall distribute the remainder of the monies between or among Class Counsel, as Plaintiffs' Co-Lead Counsel shall determine in their sole discretion based on counsel's relative contributions to the prosecution and settlement of this Action.

8.      As of the Effective Date, the Class Representatives and all Settlement Class Members shall be forever barred from bringing or prosecuting, in any capacity, any action or

proceeding that involves or asserts any of the Released Claims against any Released Person and shall conclusively be deemed to have released and forever discharged the Released Persons from all Released Claims.

9. The Class Representatives and all Settlement Class Members shall, as of the Effective Date, conclusively be deemed to have acknowledged that the Released Claims may include claims, rights, demands, causes of action, liabilities, or suits that are not known or suspected to exist as of the Effective Date. The Class Representatives and all Settlement Class Members nonetheless release all such Released Claims against the Released Persons. Further, as of the Effective Date, the Class Representatives and all Settlement Class Members shall be deemed to have waived any and all protections, rights and benefits of California Civil Code section 1542 and any comparable statutory or common law provision of any other jurisdiction.

10. The benefits and payments described in Paragraphs 6 and 7 are the only consideration, fees, and expenses Apple or the Released Persons shall be obligated to give to the Class Representatives, Settlement Class Members, and Class Counsel in connection with the Agreement and the payment of attorneys' fees and expenses.

11. The Action and all claims asserted in the Action are settled and dismissed on the merits and with prejudice as to the Class Representatives and all Settlement Class Members. Notwithstanding the foregoing, this Judgment does not dismiss any claims that have been or may be asserted in the future by any persons or entities who have validly and timely requested exclusion from the Settlement Class as provided for in the Agreement. A list of persons and entities who validly and timely requested exclusion is on file with this Court. Notwithstanding the dismissal of the Action, Apple shall not claim and may not be awarded any costs, attorneys' fees, or expenses.

12. Without affecting the finality of this Judgment in any way, the Court reserves exclusive and continuing jurisdiction over the Action, the Class Representatives, the Settlement Class Members, and Apple for the purposes of supervising the implementation,

enforcement, construction, and interpretation of the Agreement, the Court's Order dated

_____, 2013, and this Judgment.

13.     The Agreement and this Judgment are not admissions of liability or fault by Apple or the Released Persons, or a finding of the validity of any claims in the Action or of any wrongdoing or violation of law by Apple or the Released Persons. The Agreement and settlement are not a concession by the Parties and to the extent permitted by law, neither this Judgment, nor any of its terms or provisions, nor any of the negotiations or proceedings connected with it, shall be offered as evidence or received in evidence in any pending or future civil, criminal, or administrative action or proceeding to establish any liability of, or admission by Apple, the Released Persons, or any of them.  Notwithstanding the foregoing, nothing in this Final Judgment shall be interpreted to prohibit the use of this Judgment in a proceeding to consummate or enforce the Agreement or Judgment, or to defend against the assertion of Released Claims in any other proceeding, or as otherwise required by law.

14.     All other relief not expressly granted to the Settlement Class Members is denied.

_____
Hon. Edward J. Davila
United States District Judge