6/29/2013

Clerk of the Court
United States District Court for the Northern District of California
San Jose Division
280 South 1st Street
San Jose, CA 95113

Claims Administrator
P.O. Box 43182
Providence, RI 02940-3182

I object to the proposed settlement of the Apple In-App Purchase Litigation, Case No. 5:11-CV-01758-EJD. I find it outrageous that each qualified Apple iTunes customer would only receive a $5 store credit, and the attorneys fees paid from the Settlement Fund could be up to $1.3 million, along with any fees, expenses and stipends; and as well as that the five Plaintiffs would receive up to $1,500 each.

Are you kidding me? Who is this class-action lawsuit for? The general customers at large or the law firm and their so-called "damaged" Plaintiffs? That's all laughable.

"As an American citizen and Apple iTunes customer, I, Aaron Meyer, request that the United States District Court for the Northern District of California either: (1) issue the plaintiffs and the law firm each only the same $5 store credit as the Settlement Class Members would receive; or (2) to entirely dismiss this class action law suit."

The law firm and the plaintiffs need to go earn an honest living. These types of class action lawsuits are what is wrong with this country, and only further scare away businesses that provide jobs and services to Americans, from doing business here in America.

Thank you for the court's consideration.

*[signature]*

Aaron Meyer
6474 Glenwood Trace
Zionsville, IN 46077
765-481-8748
Apple iTunes Customer ID: aaronjmeyer@mac.com