Robert Waddell
1048 Willington Drive
Ridgeville, SC 29472
(843) 566-5556

CLAIM NUMBER: 100483546901

July 5, 2013

Clerk of the Court
United States District Court for the Northern District of California
San Jose Division
280 South 1st Street
San Jose, CA 95113

*In re Apple In-App Purchase Litigation*
Claims Administrator
P.O. Box 43182
Providence, RI 02940-3182

***In re Apple In-App Purchase Litigation*, Case No. 5:11-CV-01758-EJD**

Dear Sir or Madam:

**I object to the timeframe of the purchases subject to the settlement agreement.**

The Purchased On or Before Date should be extended as Apple has not changed its policy or behavior and continues to enable minors to make in-app purchases without parental consent.

This is evidenced by the list in Addendum-I showing unauthorized purchases made by my nine year-old son from 5/19/2013 through 5/27/2013. In the two-day period of May 26th and 27th of 2013 he was able to make $272.87 in unauthorized in-app purchases while playing age-appropriate games. This includes two $99.99 purchases.

Addendum-I provides a Summary of Charges made by the minor. Addendum-II provides the Account Billing Record of the charges.

Whether the Defendant intentionally or unintentionally created this mechanism to garner small sums of money from possibly millions of households is for the Court to decide. Regardless, it is now clear children are targeted, money is purloined and the parent is either unaware or has no ability to recover the money.

The table in Addendum-I shows sixteen (16) individual transactions where my money was taken through the targeting of my child sixteen times while he played age-appropriate games using the Defendants technology and system.

Sincerely,

Robert D. Waddell

# ADDENDUM I
# SUMMARY OF CHARGES

| DATE | APP | SELLER | UNAUTHORIZED PURCHASE | AMOUNT |
|---|---|---|---|---|
| 5/19/2013 | Lego Batman | Warner Brothers | Crate of Bricks | $ 4.99 |
| 5/22/2013 | Lego Batman | Warner Brothers | Cave of Bricks | $ 9.99 |
| 5/24/2013 | Lego Batman | Warner Brothers | Cave of Bricks | $ 9.99 |
| 5/26/2013 | Lego Batman | Warner Brothers | Crate of Bricks | $ 4.99 |
| 5/26/2013 | Blitz Brigade | Gameloft | A Few Diamonds | $ 1.99 |
| 5/26/2013 | Blitz Brigade | Gameloft | A Few Diamonds | $ 1.99 |
| 5/26/2013 | Blitz Brigade | Gameloft | Diamond Trove | $ 99.99 |
| 5/26/2013 | Blitz Brigade | Gameloft | Amazing Wealth | $ 99.99 |
| 5/26/2013 | Blitz Brigade | Gameloft | A Few Diamonds | $ 1.99 |
| 5/26/2013 | Blitz Brigade | Gameloft | Bunch of Diamonds | $ 4.99 |
| 5/26/2013 | Blitz Brigade | Gameloft | Dozens of Diamonds | $ 9.99 |
| 5/27/2013 | Blitz Brigade | Gameloft | Dozens of Diamonds | $ 9.99 |
| 5/27/2013 | Blitz Brigade | Gameloft | Bunch of Diamonds | $ 4.99 |
| 5/27/2013 | Blitz Brigade | Gameloft | A Few Diamonds | $ 1.99 |
| 5/27/2013 | Blitz Brigade | Gameloft | Bag of Diamonds | $ 19.99 |
| 5/27/2013 | Lego Batman | Warner Brothers | Cave of Bricks | $ 9.99 |
| | | | | $ 297.84 |

# ADDENDUM II
# ACCOUNT BILLING RECORD

## Purchase History

Secure Connection

Date 05/01/13 01:25 PM
Order MGSJ19D18F
Invoice 187052044024

| Item | Artist/Seller | Type | Report a Problem | Price |
|---|---|---|---|---|
| Pile of Gems | Supercell Oy | In-App Purchase | Report a Problem | $4.99 |
| The Unit, Season 1 | The Unit | Playlist | Report a Problem | $19.99 |
| First Responders | The Unit | TV Episode | Report a Problem | |
| Stress | The Unit | TV Episode | Report a Problem | |
| 200th Hour | The Unit | TV Episode | Report a Problem | |
| True Believers | The Unit | TV Episode | Report a Problem | |
| Non-permissive Environment | The Unit | TV Episode | Report a Problem | |
| Security | The Unit | TV Episode | Report a Problem | |
| Dedication | The Unit | TV Episode | Report a Problem | |
| Sere | The Unit | TV Episode | Report a Problem | |
| Eating the Young | The Unit | TV Episode | Report a Problem | |
| Unannounced | The Unit | TV Episode | Report a Problem | |
| Exposure | The Unit | TV Episode | Report a Problem | |
| Morale, Welfare and Recreation | The Unit | TV Episode | Report a Problem | |
| The Wall | The Unit | TV Episode | Report a Problem | |

Subtotal: $24.98
Tax: $0.00
Credit Card Total: $24.98

Done

## Purchase History

Secure Connection

Date 05/19/13 05:41 PM
Order MGSJ4L37X6
Invoice 128053193782

| Item | Artist/Seller | Type | Report a Problem | Price |
|---|---|---|---|---|
| The Man Who Can't Be Moved | The Script | Song | Report a Problem | $1.29 |
| Nothing | The Script | Song | Report a Problem | $1.29 |
| Crate of Bricks | WARNER BROS E | In-App Purchase | Report a Problem | $4.99 |
| Get Him to The Greek (Unrated) | Nicholas Stoller | Movie (HD) | Report a Problem | $14.99 |

Subtotal: $22.56
Tax: $0.00
Credit Card Total: $22.56

Done



## Purchase History

Secure Connection

Date 05/22/13 10:49 AM
Order MGSJ51VD5H
Invoice 120053394979

| Item | Artist/Seller | Type | Report a Problem | Price |
|---|---|---|---|---|
| Side Effects (2013) | Steven Soderbergh | Movie Rental (HD) | Report a Problem | $4.99 |
| Cave of Bricks | WARNER BROS E | In-App Purchase | Report a Problem | $9.99 |

Subtotal $14.98
Tax $0.00
Credit Card Total $14.98

Done

## Purchase History

Secure Connection

Date 05/24/13 05:51 AM
Order MGSJ5DYQ7W
Invoice 178063504484

| Item | Artist/Seller | Type | Report a Problem | Price |
|---|---|---|---|---|
| Treasure | Bruno Mars | Song | Report a Problem | $1.29 |
| Guncrafter | Naquatic LLC | App | Report a Problem | Free |
| Mega Sticker Book for Kids | Samsung Publishing | App | Report a Problem | Free |
| Cave of Bricks | WARNER BROS E | In-App Purchase | Report a Problem | $9.99 |

Subtotal $11.28
Tax $0.00
Credit Card Total $11.28

Done

File Edit View Controls Store Help

bob.waddell@live.com Music Movies TV Shows App Store Books Podcasts Library

**Purchase History**

Secure Connection

Date 05/26/13 04 15 AM
Order MGSJ5QY084
Invoice 139053461841

| Item | Seller | Type | Report a Problem | Price |
|---|---|---|---|---|
| Crate of Bricks | WARNER BROS E | In-App Purchase | Report a Problem | $4 99 |
| A Few Diamonds | Gameloft | In-App Purchase | Report a Problem | $1 99 |
| A Few Diamonds | Gameloft | In-App Purchase | Report a Problem | $1 99 |
| Diamond Trove | Gameloft | In-App Purchase | Report a Problem | $99 99 |

Subtotal $108 96
Tax $0 00
Credit Card Total $108 96

Done

bob.waddell@live.com Music Movies TV Shows App Store Books Podcasts Library

**Purchase History**

Secure Connection

Date: 05/26/13 07:11 AM
Order: MGSJ5SDZWV
Invoice: 139053461842

| Item | Seller | Type | Report a Problem | Price |
|---|---|---|---|---|
| Amazing Wealth | Gameloft | In-App Purchase | Report a Problem | $99.99 |

Subtotal: $99.99
Tax: $0.00
Credit Card Total: $99.99

Done

File Edit View Controls Store Help

bob.waddell@live.com Music Movies TV Shows App Store Books Podcasts Library

Purchase History

Secure Connection

Date: 05/26/13 11:42 AM
Order: MGSJ5T8K1V
Invoice: 198053345503

| Item | Seller | Type | Report a Problem | Price |
|---|---|---|---|---|
| A Few Diamonds | Gameloft | In-App Purchase | Report a Problem | $1.99 |
| Bunch of Diamonds | Gameloft | In-App Purchase | Report a Problem | $4.99 |
| Dozens of Diamonds | Gameloft | In-App Purchase | Report a Problem | $9.99 |

Subtotal: $16.97
Tax: $0.00
Credit Card Total: $16.97

Done

File Edit View Controls Store Help

bob.waddell@live.com Music Movies TV Shows App Store Books Podcasts Library

Purchase History

Secure Connection

Date: 05/27/13 07:02 AM
Order: MGSJ5X5B84
Invoice: 182053887450

| Item | Seller | Type | Report a Problem | Price |
|---|---|---|---|---|
| Dozens of Diamonds | Gameloft | In-App Purchase | Report a Problem | $9.99 |

Subtotal: $9.99
Tax: $0.00
Credit Card Total: $9.99

Done



## Purchase History

Secure Connection

Date: 05/27/13 07:13 AM
Order: MGSJ5X694K
Invoice: 182053887451

| Item | Seller | Type | Report a Problem | Price |
|---|---|---|---|---|
| Bunch of Diamonds | Gameloft | In-App Purchase | Report a Problem | $4.99 |
| A Few Diamonds | Gameloft | In-App Purchase | Report a Problem | $1.99 |
| Bag of Diamonds | Gameloft | In-App Purchase | Report a Problem | $19.99 |

Subtotal: $26.97
Tax: $0.00
Credit Card Total: $26.97

Done

## Purchase History

Secure Connection

Date: 05/27/13 07:57 AM
Order: MGSJ5XBD4N
Invoice: 182053897306

| Item | Seller | Type | Report a Problem | Price |
|---|---|---|---|---|
| YouTube Capture | Google, Inc. | App | Report a Problem | Free |
| Socialcam 5.4 | Autodesk | App | Report a Problem | Free |
| SloPro - 1000fps Slow Motion Video | Sand Mountain Stud... | App | Report a Problem | Free |
| Cave of Bricks | WARNER BROS E... | In-App Purchase | Report a Problem | $9.99 |

Subtotal: $9.99
Tax: $0.00
Credit Card Total: $9.99

Done