July 15, 2013

RE: In re Apple In-App Purchase Litigation, Case No. 5:11-CV-01758-EJD

To Whom it May Concern:

I object to this case against Apple In-App Purchase Litigation.  This is simply a case of personal responsibility and parenting.  It is not the job of the courts to control your children, it is the job of the parents.  My children had access to make these purchases too, but they knew what was expected of them and the consequences if they disobeyed.  When **I chose** to link **my credit card** to the account and give them access to it, I knew I was responsible for any purchases made on it.  Which is why we sat down with the children and explained to them that they needed to ask our permission before making any purchases on I-Tunes.  They knew that if they ever made purchases without permission, the card would be taken off the account and their IPOD would be taken away for said amount of time.  Our daughter purchased a game for $2 or $3 without permission - she had to pay us for the game and lost her IPOD for a week - no big deal.

It is simply a matter of accountability and responsibility.  By filing suit, we are only teaching our children that if things get out of control, blame someone else instead of taking responsibility for putting our credit card on the account in the first place.

Sincerely,


Melissa Schutz
220 Country Club Dr.
Garner, IA  50348
641-519-1102