August 28, 2013

**Via Federal Express Priority Overnight**
Clerk of the Court
United States District Court for the Northern
District of California
San Jose Division
280 South 1st Street
San Jose, CA 95113

Re: In re Apple In-App Purchase Litigation, Case No. 5:11-CV-01758-EJD

Dear Clerk of Court:

Please accept this letter as my objection to the proposed class action settlement, the award of excessive attorneys' fees to class counsel, and the Court's approval of the settlement in the above referenced class action lawsuit. The proponents of this settlement have not met their burden to show that the settlement is fair, reasonable, and adequate.

I am a United States resident who prior to May 2, 2013 paid for an in-app purchase of Game Currency in a Qualified App charged to my iTunes account by a minor without my knowledge or permission.

My name, address, telephone number, and email are:

Cindy Murrey
30 Silent Brook Place
The Woodlands, TX 77381
281-682-3190

I received an email notice at cjmeow3@hotmail.com. My claim number is 122092746001. I filed an online claim form on the settlement website. Both documents are attached.

I additionally object on the following grounds:

1) Objection is made based on the proposed award of attorneys' fees of $1.3 million, which is excessive under both a lodestar and a percentage of recovery methodologies. Additional objection is made to the extent of the failure of class counsel to make a detailed attorneys' fee and expense application within a reasonable and adequate amount of time for

objectors to evaluate the fee and expense application. The Settlement references a request for fees in an amount of $1.3 million, but gives no further information from which I can base an assessment of fairness.

Specific objection is made that the proponents of this settlement have **not** met their burden to show that the settlement is fair, reasonable, and adequate.

Objection is made to the overly broad release.

I also object to the proponents of the settlement not sustaining their burden of proof on commonality, predominance, superiority and adequacy of class counsel and class representatives under Federal Rule of Civil Procedure 23.

Objection is made to any procedures or requirements to object that require information or documents other than those that are contained herein to the extent that such requirements are unnecessary, unduly burdensome, are calculated to drive down the number and quality of objections to the settlement and violate objectors' due process rights and Rule 23(e)(5).

I also join in and incorporate herein by reference any and all objections filed by other objectors as though set forth in full, to the extent not inconsistent with the specific objections made herein.

I will not attend the fairness hearing.

I am mailing my objections, as indicated above and below, to the court and to the attorneys identified in the notice as required recipients.

Sincerely,

*Cindy Murrey*

Cindy Murrey

cc:
***Via Federal Express Priority Overnight***

*In re Apple In-App Purchase Litigation*
Claims Administrator
P.O. Box 43182
Providence, RI 02940-3182

*In re Apple In-App Purchase Litigation*
**Claims Administrator**
P.O. Box 43181
Providence, RI 02940-3181

**AIL**

Claim #: AIL- 122092746001
CINDY MURREY
30 SILENT BROOK PL
THE WOODLANDS, TX 77381-3130

Name/Address Changes (if any):

First Name _____ Last Name _____

Address _____

City _____, State _____ Zip _____

Home phone: (_____) (281) 682-3190          Alternate phone: (_____) _____
Email Address: cjmeow3@hotmail.com

*Mail-In Claim Form*
**Apple In-App Purchase Litigation Settlement**
**Instructions**

1. **Important.** Please read these instructions carefully. For more information about the Settlement, please visit www.iTunesInAppPurchaseSettlement.com. If you need assistance completing this Claim Form, you may call 1-855-282-8111.

2. **How to Submit the Claim Form.** Mail a completed Claim Form to: *In re Apple In-App Purchase Litigation* Claims Administrator, P.O. Box 43181, Providence, RI 02940-3182. Alternatively, you may submit an electronic copy of your claim to Administrator@iTunesInAppPurchaseSettlement.com, or complete an online Claim Form by visiting www.iTunesInAppPurchaseSettlement.com.

3. **Deadline.** Claim Forms must be postmarked on or before January 13, 2014. Electronically submitted Claim Forms must be submitted by 9:00 p.m. Pacific on January 13, 2014.

4. **Eligibility.** You are eligible to receive a settlement benefit (an iTunes Store credit or, in certain cases, a cash refund) if you are a United States resident and:

   • Prior to May 2, 2013, you paid for an in-app purchase charged to your iTunes account by a minor without your knowledge or permission; and

   • That charge was made in a Qualified App (please see below for an explanation of "Qualified App"), and you have **not** previously received a refund from Apple for that charge.

   In order to receive an iTunes Store credit or cash refund, you must submit a valid Claim Form by January 13, 2014.

5. **Qualified Apps.** A searchable list of Qualified Apps can be found here: www.iTunesInAppPurchaseSettlement.com. Qualified Apps consist of all apps that were available for download from the App Store at any time prior to May 2, 2013 in the games category, have a minimum age rating of 4+, 9+, or 12+, and offered in-app purchases of consumable game currency. Any in-app purchase made in a Qualified App is considered "game currency" for purposes of filling out this Claim Form.

6. **Settlement Benefits and Requirements.** Apple will provide a single $5 iTunes Store credit if (a) you meet the requirements described in number 4 above, (b) you affirm that you did not knowingly enter your iTunes password to authorize a minor to charge the claimed game currency purchase(s) to your iTunes account and that you did not give your password to the minor to make such purchase(s), and (c) you submit a valid Claim Form that is postmarked on or before January 13, 2014 or submitted electronically by 9:00 p.m. Pacific on January 13, 2014. A $5 cash refund will be provided if you no longer have an active iTunes account.

AIL_POC_130619

Alternatively (and in lieu of the single $5 iTunes Store credit discussed above), you may elect to receive an iTunes Store credit or, in certain cases, a cash refund, in an amount equal to the <u>total of all in-app purchases of game currency made by a minor within a single forty-five (45) day period without your knowledge or permission in one or more Qualified Apps</u>, as long as you have not already received a refund from Apple for the charges you list on the Claim Form. In addition to the requirements set forth in the paragraph above, to receive such relief, you must:

- <u>For Claims Totaling Under $30</u>: Identify the name of the Qualified App, the date of purchase, and the purchase price for each charge made without your knowledge or permission.

- <u>For Claims Totaling Over $30</u>: Identify the name of the Qualified App, the date of purchase, and the purchase price for each charge made without your knowledge or permission. In addition, you must describe the circumstances by which the minor made those charges to your iTunes account.

<u>Cash Refunds</u>: You may elect a cash refund instead of an iTunes Store credit if you no longer have an active iTunes account or if your claims exceed $30 in total.

<u>Exception to the Forty-Five Day Period</u>: You may request that your settlement benefit include a refund for Qualified Game Currency Charges that occurred after the forty-five (45) day period by describing briefly the circumstances that made it possible for a minor to make Qualified Game Currency Charges after forty-five (45) days, including specifically the circumstances that made it possible for the minor to continue to charge game currency after you were notified of earlier charges through Apple emails and your credit card statement(s).

7. **Identifying in-app purchases charged to your account.** You may obtain a list of all in-app purchases charged to your account by (1) selecting "View My Apple ID" from the iTunes "Store" menu, (2) entering your Apple ID and associated password, and (3) clicking "See All" under the heading entitled "Purchase History."

8. **Submitting claims for more than one iTunes Account.** You must complete and submit a separate Claim Form for each iTunes account for which you are making a claim. You will be only one iTunes credit or cash payment per iTunes account (as identified by the account's unique Apple ID).

9. **Your information is subject to verification but will be confidential.** The Claims Administrator or Apple may verify the information you provide on the Claim Form for purposes of validating and/or paying your claim, but will treat the information as confidential and will not use it for any purpose other than validating and/or paying your claim. The Claims Administrator may reject your Claim Form if you provide incomplete or inaccurate information. Please fill out all required information on the Claim Form completely and accurately.

10. **Apple ID.** The Claim Form requires you to provide your Apple ID, as well as the name and address associated with your iTunes Account. The Claims Administrator must have your Apple ID in order to pay your claim. For help finding your Apple ID, go to the "Settings" menu on your iPhone, iPod touch, or iPad and choose the "iTunes & App Stores" option (or the "Store" option in some earlier versions), or go to http://appleid.apple.com, click "Find your Apple ID," and follow the directions on the website. If you cannot find your Apple ID, the other information that you provide will be used by Apple and the Claims Administrator to try to find your Apple ID. If your Apple ID cannot be found, your claim cannot be paid.

11. **Submit and save.** Once you fill out your Claim Form, submit it to Claims Administrator at the address above. Save a copy of your Claim Form for your records.

**Remember:** To be valid, your Claim Form must be completely and accurately filled out, must include <u>all</u> required information, and must be postmarked by January 13, 2014 or submitted electronically by 9:00 p.m. Pacific on January 13, 2014. Late claims will be denied.

**Please go to the next page to begin filling out your Claim Form.**

Claim #: AIL- 122092746001

<u>*Mail-In Claim Form – Initial Claim Form Page (All Forms of Relief)*</u>

## Apple In-App Purchase Litigation Settlement Claim Form

**Remember:** To be valid, your Claim Form must be completely and accurately filled out, must include <u>all</u> required information, and must be postmarked on or before January 13, 2014 or electronically submitted by 9:00 p.m. Pacific on or before January 13, 2014. Late claims will be denied.

**Claimant Information (\* indicates required information):**
The information you provide will be treated as confidential and used for the purpose of this settlement only. Any payment provided in response to your claim will be issued to the name and mailing address you provide on this Claim Form.

* First name   CINDY                              * Last name   MURREY
                                                  [this is needed if a company name is provided above]
  In care of
* Mailing Address 1   30 SILENT BROOK PL          * Mailing Address 2
* City   THE WOODLANDS                            * State   TX                * Zip Code   81-3130
* Apple ID            cjmeow3@hotmail.com         ☐ Check if your iTunes account is no longer active.

Providing an email address is optional; however, if you provide a current email address, it will facilitate the Claims Administrator's ability to contact you about your claim if necessary and will not be used for other purposes.

Email Address (optional)   cjmeow3@hotmail.com

**Confirmations:**

[X] Attest that the following statements are true by checking the box to the left:
1. I paid for game currency that a minor charged to my iTunes account in one or more Qualified Apps without my knowledge or permission;
2. I did not knowingly enter my iTunes password to authorize any such purchase(s), and I did not give my password to the minor to make any such purchase(s);
3. I have not already received a refund from Apple for these charges.

**Settlement Benefit:**
Select whether you wish to receive (a) a single $5 iTunes Store credit or (b) an iTunes Store credit or cash refund (if eligible) equal to the total amount of game currency charged to your iTunes account by a minor without your knowledge or permission within a single forty-five (45) day period, less any refund that you have previously received for such charges ("Itemized Refund"). **If you choose an Itemized Refund, you will need to identify the name of the Qualified App, purchase date, and amount you paid for each game currency purchase charged to your iTunes account by a minor without your knowledge or permission. Cash refunds will be made to individuals who no longer have an active iTunes Store account.**

[X] $5 iTunes Store credit
☐ Itemized Refund

To claim a $5 iTunes Store Credit, continue on this page.
For an Itemized Refund, skip to page 4.

<u>*Mail-In Claim Form – $5 iTunes Store Credit Signature*</u>

**Signature/Date:**
You must check the box below and sign and date the Claim Form.

[X] By checking the box, I attest, to the best of my recollection, knowledge, and belief, that the information that I have input above is true and correct. I understand that my claim is subject to audit, review and validation using all available information.

* Signature: _____/s/CINDY MURREY_____        Date: ____08/28/2013____

To file your claim, be sure to mail your claim to the Claims Administrator at:
*In re Apple In-App Purchase Litigation* Claims Administrator
P.O. Box 43182, Providence, RI 02940-3182
or email your claim to Administrator@iTunesInAppPurchaseSettlement.com

### REMINDERS
Your Claim Form must be postmarked on or before January 13, 2014
or emailed by 9:00 p.m. Pacific on or before January 13, 2014. Late claims will be denied.
All information provided on this Claim Form is subject to verification.

Claim #: AIL- 122092746001

## Mail-In Claim Form – Itemized Refunds

### Identification of Qualified Charges

For each game currency purchase made by a minor in a Qualified App without your knowledge or permission within a single forty-five (45) day period, identify (a) the name of the Qualified App, (b) the amount you paid, and (c) the date of purchase. **Only include game currency purchases for which you have not already received a refund from Apple. You may attach an additional page(s) identifying qualified charges, if necessary.**

| *Name of Qualified App | *Date of Purchase | *Amount of Purchase |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

### Request for Claims After a 45-Day Period:

☐ If you would like the Claim Administrator to consider refunding game currency charges made by a minor to your iTunes account in Qualified Apps after a forty-five (45) day period, check the box to the left. In addition, briefly describe the circumstances that made it possible for a minor to make Qualified Game Currency charges after forty-five (45) days, including specifically the circumstances that made it possible for the minor to continue to charge game currency after you were notified of earlier charges through Apple emails and your credit card statements.

*If your claim for Itemized Relief is less than $30, continue on this page.*
*If your claim for Itemized Relief equals $30 or more, skip to the Itemized Refunds Over $30 Signature section.*

### Mail-In Claim Form – Itemized Refunds Under $30 Signature

**SIGNATURE & DATE:**
You <u>must</u> check the box below and sign and date the Claim Form.

☐ By checking this box, I attest, to the best of my recollection, knowledge, and belief, that the information that I have provided above is true and correct.

* Signature: _____  Date: _____

To file your claim, be sure to mail your claim to the Claims Administrator at:
*In re Apple In-App Purchase Litigation* Claims Administrator, P.O. Box 43182, Providence, RI 02940-3182
or email your claim to Administrator@iTunesInAppPurchaseSettlement.com

### Mail-In Claim Form – Itemized Refunds Over $30 Signature

**DESCRIPTION OF CIRCUMSTANCES SURROUNDING PURCHASES:**
Describe, under penalty of perjury, the circumstances by which a minor charged the game currency purchases identified above to your iTunes account without your knowledge or permission.

**FORM OF PAYMENT:**
Select whether you would like to receive your settlement benefit as an iTunes Store credit or as a cash refund.

☐ iTunes Store Credit

☐ Cash Refund

**SIGNATURE & DATE:**
You <u>must</u> check the box below and sign and date the Claim Form.

☐ By checking this box, I attest, to the best of my recollection, knowledge, and belief, that the information that I have input above is true and correct. I understand that my claim is subject to audit, review and validation using all available information.

* Signature: _____  Date: _____

To file your claim, be sure to mail your claim to the Claims Administrator at:
*In re Apple In-App Purchase Litigation* Claims Administrator, P.O. Box 43182, Providence, RI 02940-3182
or email your claim to Administrator@iTunesInAppPurchaseSettlement.com

### REMINDERS

Your Claim Form must be postmarked on or before January 13, 2014
or emailed by 9:00 p.m. Pacific on or before January 13, 2014. Late claims will be denied.
All information provided on this Claim Form is subject to verification.