Name __Cindy Murrey__
Address __30 Silent Brook Place__
City, State, Zip __The Woodlands, TX 77381__
Phone __281-682-3190__
Fax _____
E-Mail __cjmeow3@hotmail.com__

☐ FPD   ☐ Appointed   ☐ CJA   ☒ Pro Per   ☐ Retained

**FILED**

NOV 1 5 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re Apple-In-App Purchase Litigation

PLAINTIFF(S),
v.

DEFENDANT(S).

CASE NUMBER:

5:11-CV-01758-EJD

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that _____Cindy Murrey_____ hereby appeals to
                                  *Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☐ Order (specify):

☒ Judgment (specify):
   Final Judgment and Order (Dkt. 127)

☐ Other (specify):

Imposed or Filed on ___10/18/2013___. Entered on the docket in this action on __10/18/2013__.

A copy of said judgment or order is attached hereto.

Date __11/14/13__

Signature __Cindy Murrey__
☒ Appellant/Pro Se   ☐ Counsel for Appellant   ☐ Deputy Clerk

Note: The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

A-2 (01/07)                                NOTICE OF APPEAL