Simon Bahne Paris (admitted *pro hac vice*)
Patrick Howard (admitted *pro hac vice*)
**SALTZ, MONGELUZZI, BARRETT & BENDESKY, P.C.**
One Liberty Place, 52nd Floor
1650 Market Street
Philadelphia, PA 19103
Telephone: (215) 575-3986
Facsimile: (215) 496-0999
Email: sparis@smbb.com
      phoward@smbb.com

Michael J. Boni
Joshua D. Snyder (admitted *pro hac vice*)
**BONI & ZACK LLC**
15 St. Asaphs Road
Bala Cynwyd, PA 19004
Telephone: (610) 822-0200
Facsimile: (610) 822-0206
Email: mboni@bonizack.com
     jsnyder@bonizack.com

*Plaintiffs' Co-Lead Counsel*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| IN RE APPLE IN-APP PURCHASE LITIGATION | Master File No. 11-CV-1758-EJD |
| | **CLASS ACTION** |
| This Document Relates to: | **DECLARATION OF PATRICK HOWARD IN SUPPORT OF APPLICATION FOR AN ORDER SHORTENING TIME FOR A HEARING ON PLAINTIFFS' MOTION FOR POSTING OF AN APPEAL BOND PURSUANT TO FEDERAL RULE OF APPELLATE PROCEDURE 7 AND LEAVE TO CONDUCT DISCOVERY ON OBJECTOR CINDY MURREY** |
|     All Actions | |

I, Patrick Howard, pursuant to 28 U.S.C. §1746, hereby declare as follows:

1.     I am an attorney currently licensed in good standing to practice law in the states of Pennsylvania and New Jersey.  I am an associate attorney of the law firm Saltz, Mongeluzzi, Barrett & Bendesky, P.C. ("SMBB"), and was appointed Co-Lead Counsel to the Settlement Class in this Action. (ECF No. 127).

2.     I have personal knowledge of the matters set forth in this declaration, and those specified to be on information or belief I believe to be true based upon my role in this case, and if called as a witness, I could and would testify competently thereto.

3.     I submit this declaration in support of the Application for An Order Shortening Time for A Hearing on Plaintiffs Motion for Posting of an Appeal Bond and to Conduct Discovery on Objector Cindy Murrey ("Ms. Murrey").

4.     On November 18, 2013, pursuant to the Court's procedure, I emailed the Court's deputy clerk, Elizabeth C. Garcia, to inquire if the Court had availability to hear a Motion for an Appellate Bond on December 13, 2013.  Ms. Garcia responded the same day and advised that the Court could accommodate the motion on December 13, 2013 at 9:00 A.M.

5.     Afterward, on November 18, 2013, I emailed Ms. Murrey at the email address listed on the Notice of Appeal (cjmeow3@hotmail.com) to request that she stipulate to a shortened briefing schedule for the Motion for an Appellate Bond.  Specifically, I advised her that Plaintiffs would file their motion on November 19, 2013, and requested that she file any opposition on or before November 29, 2013, and that the Court set a hearing date for December 13, 2013 at 9:00 a.m. in San Jose, CA.  As of this filing, Ms. Murrey has not responded.

6.     On November 19, 2013, at approximately 1:00 PM EST, I telephoned Ms. Murrey at the number listed on the Notice of Appeal (281-682-3190).  I left a voicemail message and requested that she call me to discuss our request for a shortened briefing schedule on Plaintiffs' Motion for an Appellate Bond.  As of this filing, Ms. Murrey has not responded.

7.     On November 19, 2013, at 2:48 EST, Christopher Bandas, Esquire, entered his appearance on behalf of Cindy Murrey in the Ninth Circuit. At 4:21 PM EST, I emailed Mr. Bandas to advise of Class Counsel's intention to file a Motion for a Bond and request that he

stipulate to an expedited briefing schedule.  Specifically, I proposed that Plaintiffs file their opening brief on November 20, 2013; any opposition on December 2, 2013; and reply on December 6, 2013.  He did not respond.

8.     Attached as **Exhibit A** is a true and correct copy of Kelly Murrey-Jackson's Facebook page – printed on November 19, 2013 – indicating that she is from The Woodlands, TX; resides in Corpus Christi, TX; and worked at the Bandas Law Firm.

9.     Attached as **Exhibit B** is a true and correct of a chart submitted to, and relied on, by the Court *In re: Cathode Ray Tube Antitrust Litig*., 281 F.R.D. 531, 533 n.4 (N.D. Cal. 2012), collecting cases where Christopher Bandas has filed objections and dismissed, abandoned, or withdrawn the objections or appeal without attaining settlement changes or additional benefits for the class.

10.    Attached as **Exhibit C** is a true and correct copy of the objection filed by Michael Murrey, Ms. Murrey's husband, in the consumer class action, *Chambers v. Weber-Stephen Products LLC*, San Diego Superior Court, Case No. 37-2011-0085919.

11.    Attached as **Exhibit D** are true and correct copies of the docket entries for Michael Murrey's appeal in the consumer class action, *Chambers v. Weber-Stephen Products LLC*, San Diego Superior Court, Case No. 37-2011-0085919, including the entry of default judgment.

12.    I hereby certify that this filing was served on Ms. Murrey both via email (cjmeow3@hotmail.com) and via overnight Federal Express mail at the address listed on the Notice of Appeal: 30 Silent Brook Place, The Woodlands, Texas 77381 and her appellate counsel, Christopher Bandas, Esquire via email and overnight mail.

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed this 20th day of November, 2013, in Philadelphia, Pennsylvania.

Dated:  November 20, 2013               */s/ Patrick Howard*
                                        PATRICK HOWARD