# EXHIBIT A

Kelly Jackson

Home   Charles

| Recent
2013
2012
2011
2010
2000s
Born



Kelly Jackson

[Add Friend]  [Message]

Timeline   About   Photos   Friends   More

Sponsored

White sands,
vibrant city
fiestamericana.com



Save Up To 35% off
rates plus 15% off in
Food and Beverages.
Call 1-800-FIESTA1.

Shop The North
Face
shop.nordstrom.com



Shop NORDSTROM for
wish list-worthy styles
to fit any budget. FREE
Shipping. FREE Returns.

Peapod By Stop
and Shop
peapod.com



Shop Online for
Hundreds of Items - On
Sale Weekly. Get $15
Off Your First Order
Today!

Do you know Kelly?

To see what she shares with friends, send her a friend request.

[Add Friend]

About

**Bandas Law Firm**

Studied ...... at **Texas A&M Alum**
Past: The Woodlands High School

**Corpus Christi, Texas**

**The Woodlands, Texas**

Photos · 1,948

  

Chat (20)

 

Friends · 302

  

Heather Tydings   Shelly Dodson   Ashley Henry

  

Kara Francis   Jill Owens-   Beth Wiggins
Elliot          Johnston      Morey

  

30

  

The Jackson Group, A C... | Schlitterbahn Corpus C... | Boathouse Bar & Grill

  

Mark Skinner for Respo... | Derek J. Chang, D.D.S.... | The Island Moon Newspa...

**Show Older Stories**

About  Create Ad  Create Page  Developers  Careers  Privacy  Cookies  Terms  Help

Facebook © 2013 · English (US)

This is Google's cache of https://www.facebook.com/public/Jackson-Murrey. It is a snapshot of the page as it appeared on Oct 14, 2013 11:29:40 GMT. The current page could have changed in the meantime. Learn more

Tip: To quickly find your search term on this page, press **Ctrl+F** or **⌘-F** (Mac) and use the find bar.

Text-only version

Sign Up

Email or Phone

Password

☐ Keep me logged in

Forgot your password?

Log In

## Search Results for Jackson Murrey

Jackson Murrey

**SEARCH TOOLS**

Location

Add another filter...

**RESULTS**

**Jackson Murrey**
Worked at Jm ltd, larnaca Cyprus
Studied at Glasgow University
From Houston, Texas

**Jackson Murrey-Ittmann**
Lives in Houston, Texas
From Houston, Texas

**Sandy Jackson Murrey**
Worked at Aramark
Went to Mergenthaler Voc Tech High
Lives in Phoenix, Maryland

**Rosa Murrey**
Works at Jackson General Hospital
Went to Ravenwood High School
Lives in Sandyville, West Virginia

**Kelly Jackson**
Worked at Bandas Law Firm
Studied Biology at Texas A&M Alum
Lives in Corpus Christi, Texas

**Andy Murrey El Ligon**
Worked at Michael Jackson
Studied at Goldey-Beacom College
Lives in Zaragoza, Spain

**Lexine Jackson**

Mobile  Find Friends  Badges  People  Pages  Places  Apps  Games  Music
About  Create Ad  Create Page  Developers  Careers  Privacy  Cookies  Terms  Help

Facebook © 2013 · English (US)