Simon Bahne Paris
Patrick Howard
**SALTZ, MONGELUZZI, BARRETT & BENDESKY, P.C.**
One Liberty Place, 52nd Floor
1650 Market Place
Philadelphia, PA19103
Telephone: (215) 575-3985
Facsimile: (215) 496-0999
Email: sparis@smbb.com
           phoward@smbb.com

*Counsel for Plaintiffs and the Proposed Classes*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| **IN RE APPLE IN-APP PURCHASE LITIGATION**<br><br>**This Document Relates to:**<br><br>**ALL ACTIONS** | Case No. 11-cv-1758 EJD<br><br>**CLASS ACTION**<br><br>**[PROPOSED]** **ORDER ON APPLICATION FOR AN ORDER SHORTENING TIME FOR A HEARING ON PLAINTIFFS' MOTION FOR POSTING OF AN APPEAL BOND TO SECURE PAYMENT OF COSTS ON APPEAL (FED. R. APP. P. 7) AND FOR LEAVE TO CONDUCT DISCOVERY ON OBJECTOR, CINDY MURREY** |

This matter comes before the Court on Plaintiffs, Garen Meguerian, Lauren Scott, Kathleen Koffman, Heather Silversmith and Twilah Monroe (collectively, "Plaintiffs") Application for an Order Shortening Time for Hearing on Plaintiffs' Motion for Posting of An Appeal Bond to Secure Payment of Costs on Appeal and for Leave to Conduct Discovery from Objector, Cindy Murrey ("Motion"). The Court has considered the written submissions and finds as follows:

1. There is good cause to shorten the time to hear the above-referenced Motion. Therefore, based upon the Court's findings, it is hereby **ORDERED** that:

2. The Court will hear Plaintiffs' Motion on **December 13, 2013, at 9:00 AM**. Any opposition to the Motion shall be filed and served by **December** 6, **2013**. Reply papers, if any, shall be filed and served by **December** 10, 2013.

**IT IS SO ORDERED**.

Dated: November 26, 2013

THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT COURT JUDGE