1   Joseph J. Tabacco, Jr. (SBN 75484)
    Christopher T. Heffelfinger (SBN 118058)
2   Anthony D. Phillips (SBN 259688)
3   **BERMAN DEVALERIO**
    One California Street, Suite 900
4   San Francisco, CA 94111
    Telephone: (415) 433-3200
5   Facsimile: (415) 433-6382
    Email:   jtabacco@bermandevalerio.com
6            cheffelfinger@bermandevalerio.com
             aphillips@bermandevalerio.com
7
    *Local Counsel for Plaintiffs*
8
9   Michael J. Boni (Admitted 09/11/92)
    Joshua D. Snyder (Admitted Pro Hac Vice)
10  **BONI & ZACK LLC**
    15 St. Asaphs Road
11  Bala Cynwyd, PA 19004
    Telephone: (610) 822-0200
12  Facsimile: (610) 822-0206
    Email:   mboni@bonizack.com
13           jsnyder@bonizack.com

14  *Co-Lead Counsel for the Settlement Class*

15  [Additional Counsel on Signature Page]

16              **UNITED STATES DISTRICT COURT**
              **NORTHERN DISTRICT OF CALIFORNIA**
17                  **SAN JOSE DIVISION**

18  IN RE APPLE IN-APP PURCHASE          Master File No. 11-CV-1758-EJD
    LITIGATION
19                                        **CLASS ACTION**

20  This Document Relates to:            **NOTICE OF WITHDRAWAL OF**
                                         **MOTION**
21      All Actions
                                         Judge:  Honorable Edward J. Davila
22

23

24

25

26

27

28

1        TO ALL PARTIES AND THEIR COUNSEL OF RECORD, please take notice that,

2   pursuant to Civil Local Rule 7-7(e), Plaintiffs hereby withdraw their Motion For Posting of an

3   Appeal Bond To Secure Payment of Costs on Appeal (Fed. R. App. P. 7) and Leave To Conduct

4   Discovery On Objector, Cindy Murrey, filed on November 20, 2013.  ECF No. 132.  The date by

5   which the reply would have been due is December 10, 2013.

6        Plaintiffs also request that the Court take the scheduled December 13, 2013 hearing on the

7   motion off calendar.

8   Dated:  December 9, 2013             Respectfully submitted,

9                            **BERMAN DEVALERIO**

10

11                           By:   */s/ Anthony D. Phillips*
                                  Anthony D. Phillips

12                           Joseph J. Tabacco, Jr.

13                           Christopher T. Heffelfinger
                             **BERMAN DEVALERIO**

14                           One California Street, Suite 900
                             San Francisco, CA 94111

15                           Telephone: (415) 433-3200
                             Facsimile: (415) 433-6382

16

17                           *Local Counsel for Plaintiffs*

18

19                           SIMON B. PARIS
                             PATRICK HOWARD

20                           **SALTZ MONGELUZZI BARRETT &**
                             **BENDESKY PC**

21                           One Liberty Place, 52nd Floor
                             1650 Market Street

22                           Philadelphia, PA  19103
                             Telephone: (215) 575-3986

23                           Facsimile: (215) 496-0999

24

25

26

27

28

MICHAEL J. BONI
JOSHUA D. SNYDER
**BONI & ZACK LLC**
15 St. Asaphs Road
Bala Cynwyd, PA  19004
Telephone: (610) 822-0200
Facsimile:  (610) 822-0206

*Co-Lead Counsel for the Settlement Class*

**CERTIFICATE OF SERVICE**

I, Leslie R. Cuesta, hereby declare as follows:

I am employed by Berman DeValerio, One California Street, Suite 900, San Francisco, California, 94111.  I am over the age of 18 years and am not a party to this action.  On December 9, 2013, using the Northern District of California's Electronic Case Filing System ("ECF"), with the ECF ID registered to Anthony D. Phillips, and at his direction, I filed and served true and correct copies of the document(s) described as follows:

**NOTICE OF WITHDRAWAL OF MOTION**

The ECF System is designed to automatically generate an e-mail message to all parties in the case, which constitutes service.

I further declare that on December 9, 2013, I served true and correct copies of the document(s) listed above on the following attorneys and/or parties, who are not on the list to receive e-mail notices for this case, by placing true copies thereof, enclosed in a sealed envelope, addressed as shown below, affixing proper first class postage, and depositing the envelope in the United States Mail at San Francisco, California, in accordance with Berman DeValerio's ordinary business practices:

Cindy Murrey
30 Silent Brook Place
The Woodlands, TX 77381

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed at San Francisco, California, on December 9, 2013.

Leslie R. Cuesta