**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

DEC 09 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: APPLE IN-APP PURCHASE LITIGATION, <br><br> GAREN MEGUERIAN; et al., <br><br>        Plaintiffs - Appellees, <br><br> CINDY MURREY, <br><br>        Objector - Appellant, <br><br>  v. <br><br> APPLE, INC., a California corporation, <br><br>        Defendant - Appellee. | No. 13-17338 <br><br> D.C. No. 5:11-cv-01758-EJD <br> Northern District of California, San Jose <br><br> ORDER |

    Appellant's unopposed motion for voluntary dismissal of this appeal under Federal Rule of Appellate Procedure 42(b) is granted.

    A copy of this order shall act as and for the mandate of this court.

                              For the Court:
                              MOLLY C. DWYER
                              Clerk of the Court


                              Alihandra M. Totor
                              Deputy Clerk
                              Ninth Circuit Rules 27-7 and 27 10

AmtV/Pro Mo 05Dec2013